# EXHIBIT 2

Gmail - Potential LONDON TOWN financing                                                 6/27/20, 1:27 PM

                                     Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## Potential LONDON TOWN financing

**Tom Butterfield** <tom@culminationprod.com>                          Tue, Jun 24, 2014 at 6:26 PM
To: Sofia Sondervan-Bild <sofiasondervan@gmail.com>

Hi Sofia,
OK - after having spent a week on calls with a "matching" fund and having my lawyers in New York do due diligence on them, I have been told that they are happy for me to go ahead and suggest them as a legit financing option for my projects.
I want to put LONDON TOWN in front of them as it fits well within their remit. The situation is pretty straight forward:
- They will match our funds to hit the total budget. We need to discuss the best way of doing this (i.e. bank, someone like Ingenious or 120Db…. Basically the least amount of fees etc).
- Take a 7.5% financing fee from their investment in the budget
- 115% ROI on their investment
- 25% of backend

They are willing to show proof of funding and once we put our half in a bank account they can match in 5 working days with the money being available to the production within 30/40 days.

They also act as pure equity, so if for example we used 120DB to cash flow our portion of the money, they would sit behind them on the recoupment.

Can we please get on a call ASAP to discuss this through. Let me know when you are available.

Many thanks

Tom

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

EXHIBIT

**4**

LT-001629