# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21536-COOKE/GOODMAN

LONDON TOWN PIC LIMITED, et al.

      Plaintiffs,

VS.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,

VS.

      Defendants/Third-Party Plaintiffs,

VS.

VANDERMOLEN FILM CO. LTD.,
LEE VANDERMOLEN,

      Third-Party Defendants.

_____/

VIDEOTAPED DEPOSITION OF:    ARIANNA BOCCO

DATE:                    FRIDAY, DECEMBER 4, 2020

TIME:                    9:30 A.M. - 10:29 A.M.

PLACE:                 BRADLEY BEACH, NEW JERSEY

STENOGRAPHICALLY
REPORTED BY:          JOCELYN STEVENS



ARIANNA BOCCO
LONDON TOWN PIC LIMITED vs WELLS FARGO BANK

December 04, 2020
27

A.   March 31, 2020.

Q.   And how often are these statements issued?

A.   They are issued every quarter for the first two years of a film's release and then it's biannual.

Q.   Go ahead.

A.   No, go ahead.

Q.   To the best of your knowledge, is this the most recent participation statement for London Town?

A.   I can't confirm, but it looks to be.

Q.   All right.  I'm going to walk through this as well. And so where it says down here, total gross receipts.  What does that mean?

A.   So that is the total amount that IFC has collected on behalf of the film.

Q.   And going to the right where it says, $510,129.  Is that total number of gross receipts IFC has received as of March 31, 2020?

A.   Yes.

Q.   And so as we previously discussed in the last exhibit, IFC had estimate that London Town would make roughly $700,00 in total revenue, is that correct?

A.   Yes.

Q.   And so is IFC at this stage performing better or worse than -- or better or worse or the same as IFC expected?

MR. MAHERAN:  Objection to the form.  You can



answer, Arianna if you understood the question.

THE WITNESS:  Yeah --

MR. HOUGHTON:  I can rephrase.

BY MR. HOUGHTON:

Q.   How would you say IFC or London Town was performing at this stage in its distribution lifecycle?

A.   It looks to be slightly softer than was projected.

Q.   And by softer does that mean worse than projected?

A.   Yes.

Q.   And does IFC expect that London Town will be able to make up the roughly $200,000 in revenue that was originally projected?

A.   I don't know.

Q.   Where would at this stage in distribution of lifecycle that London Town -- where would additional revenue or gross receipts likely come from?

A.   They would come from new licensing deals.

Q.   So can you give me an example of like what a new licensing deal, like -- does that mean to say a new company or something like just as an example?

A.   Yeah, it would mean if we sell the film to some kind of new streaming platform -- there are new platforms all the time.

Q.   Are you aware just sitting here today of any plans to distribute IFC -- or excuse me, distribute London Town to



print and advertising we discussed earlier?

A.   Yes.

Q.   How much has IFC spent on P&A today?

A.   $83,026.

Q.   I'll rephrase it.  How much has IFC spent on P&A as of the date of this statement?

A.   $83,026.

Q.   And at the bottom where it says, net receipts.  What does that mean?

A.   So that means what has come in net of all of the expenses.

Q.   And so is net receipts I guess money that would be coming to IFC or does it mean something else?

A.   It's money that would be coming into the pot so to speak.

Q.   I guess what I'm asking, does this document say how much IFC has made in particular on the film so far?

A.   It would.

Q.   Can you point me to where it says that?

A.   It doesn't.  It shows are fees.

Q.   Okay.  And so is this negative $184,444?

A.   Yes.  This document is showing the film is underwater.

Q.   Bear with me.  Do you know what the critical reception of London Town was?



CERTIFICATE OF OATH

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

I, JOCELYN STEVENS, Notary Public, State of Florida, do hereby certify that ARIANNA BOCCO videotaped deposition appeared before me on December 4, 2020 and was duly sworn.

Signed this 16th day of December, 2020.

_____
Jocelyn Stevens
Notary Public, State of Florida
My Commission No.: GG230250
Expires:  July 08, 2022



CERTIFICATE OF REPORTER

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

I, JOCELYN STEVENS, Notary Public, State of Florida, certify that I was authorized to and did stenographically report the videotaped deposition of Teresita Pupo-Delgado that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 39, is a true and accurate record of my stenographic notes.

I further certify that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 16th day of December, 2020.

_____
Jocelyn Stevens
Notary Public, State of Florida
My Commission No.: GG230250
Expires:  July 08, 2022

