# EXHIBIT 11

**Subject:**   Re: AB...
**From:**   Cole Payne <cp@traverse-media.com>
**Sent:**   Thu, 12 Feb 2015 11:52:43 -0800
**Cc:**   Tom Butterfield <tom@culminationprod.com>, Alastair Burlingham <awb@presciencefilm.com>, Ben McConley <bmcconley@aol.com>
**To:**   Jason VanEman <weathervaneproductions@yahoo.com>

Hi Jason,

Perhaps if you re-read my email you'll see the main point of it was to let you know the second tranche for $600K has cleared, if you don't require that info then no worries I'll cease sending it.  Also, you're not getting 10 emails a day from me, the person who is basically on the hook for all of this (loan, film, making your investment back, etc), I can't control anyone else nor am I asking them to email you. I don't think there should be a problem with me inquiring on a semi regular basis considering (without me actually counting) we're around 70 banking days, my email inquires are basically what you've suggested below anyways.

I do appreciate you guys handling all this.

Sincerely,
Cole

On Feb 12, 2015, at 11:43 AM, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Cole,
  I know you are anxious, but we have received between you, Alastair and Tom no less than 10 emails about this, this a.m., maybe more.

It is all out.  The bank only supplies us with numbers at the end of the day once it is batched out.  Meaning they tell us its out, we tell you, then we go on working on all other business.  Once they bank then sends us the wire form we send that to you or whomever.  Normally by the time it is sent to us, you see the funds.

One email in the morning and one is the afternoon should suffice so that we not chasing emails and are able to focus on the matters at hand.  Thanks all.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

**From:** Cole Payne <cp@traverse-media.com>
**To:** Tom Butterfield <tom@culminationprod.com>
**Cc:** Alastair Burlingham <awb@presciencefilm.com>; Jason VanEman <Weathervaneproductions@yahoo.com>; Ben McConley <bmcconley@aol.com>
**Sent:** Thursday, February 12, 2015 1:32 PM
**Subject:** Re: AB...

Hello Everyone,

So another $600K cleared so far.  Any luck on the fed number for the remaining $1.2M?

Thanks,
Cole

> On Feb 12, 2015, at 8:31 AM, Tom Butterfield <tom@culminationprod.com> wrote:

Morning all. So my daughter is already home and asleep next to me in my office…Working from home does have its benefits!
Please keep me up-to-date with where we are from now on. Want to make sure we see this through this week.

Many thanks.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

> On 11 Feb 2015, at 12:05, Alastair Burlingham <awb@presciencefilm.com> wrote:

Congratulations Tom. That's wonderful news.

Sent from my iPhone
**Alastair Burlingham**

This email and any attachments may be confidential and/or legally privileged. If you have received this email and you are not a named addressee, please inform the sender and then delete the email from your system. If you are not a named addressee you must not use, disclose, distribute, copy, print or rely on this email. Although Prescience routinely screens for viruses, addressees should scan this e-mail and any attachments for viruses. Prescience makes no representation or warranty as to the absence of viruses in this email or any attachments. Prescience reserve the right to monitor the content of all emails (including any attachments and any associated metadata of either emails or attachments) sent and received by its systems. Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies do not accept any liability for the contents of emails where these are unconnected with the affairs of Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies.
Prescience Film Finance Limited, Debello House, 14-18 Heddon Street, London, W1B 4DA.
Registered in England number 04885246.

On 11 Feb 2015, at 11:40, Culmination <tom@culminationprod.com> wrote:

> So - my wife gave birth to a baby girl yesterday so have obviously been offline. What is the latest please?
>
> Tom Butterfield
> Culmination Productions
> (323) 636 6085 / +44 (0)7745 115 505
>
> On 9 Feb 2015, at 15:02, Alastair Burlingham <awb@presciencefilm.com> wrote:
>
>> Shall we have a conference call so we all understand what's going on and stop the emails flying around?
>>
>> Sent from my iPhone
>> **Alastair Burlingham**
>>
>> This email and any attachments may be confidential and/or legally privileged. If you have received this email and you are not a named addressee, please inform the sender and then delete the email from your system. If you are not a named addressee you must not use, disclose, distribute, copy, print or rely on this email. Although Prescience routinely screens for viruses, addressees should scan this e-mail and any attachments for viruses. Prescience makes no representation or warranty as to the absence of viruses in this email or any attachments. Prescience reserve the right to monitor the content of all emails (including any attachments and any associated metadata of either emails or attachments) sent and received by its systems. Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies do not accept any liability for the contents of emails where these are unconnected with the affairs of Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies.
>> Prescience Film Finance Limited, Debello House, 14-18 Heddon Street, London, W1B 4DA. Registered in England number 04885246.

On 9 Feb 2015, at 14:52, Cole Payne <cp@traverse-media.com> wrote:

>> Yes, I don't understand why we haven't got the fed number if the money has left the bank?  I just checked and there is no money in the account.
>>
>> CP

On Feb 9, 2015, at 2:37 PM, Tom Butterfield <tom@culminationprod.com> wrote:

Hi all,
I'm sorry - little confused as my understanding was the 1st tranche was wired on Friday?
We are coming to closing on the East coast again and I haven't seen any wire confirmations. Can I please get an update ASAP.

Thanks

Sent from my iPhone

On Feb 9, 2015, at 11:20 AM, Jason Van Eman <Weathervaneproductions@yahoo.com> wrote:


Tom,
  My understanding is this is the release of the 1st. Ben will confirm here shortly but if it is then the second should be just behind. And by just a day or so not hrs.

We are getting there and I know it had been stressful.   Thanks for hanging in there. Cole specifically as I know you are under and enormous amount of pressure.



Thanks again,

Jason Van Eman
President WVP,  Inc.
818-720-3182


-------- Original message --------
From: Tom Butterfield
Date:02/09/2015 11:59 AM (GMT-06:00)
To: Ben McConley
Cc: Alastair Burlingham ,Jason Van Eman ,Cole Payne
Subject: Re: AB...

Would I be right in assuming that this is the 2nd amount as the first was supposed to hit on Friday? Ben/Jason - can you explain why we are not getting wire codes? Thank you.
Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

On 9 Feb 2015, at 09:41, Ben McConley <bmcconley@aol.com> wrote:

It is out. I will also receive confirm when it hits. Should be within the next couple hours.

Ben McConley, MBA.
(954) 999-3025

On Feb 9, 2015, at 10:27 AM, Alastair Burlingham <awb@presciencefilm.com> wrote:

Ben,  can we please have the wire confirmations this morning asap?
 Many thanks.
Alastair

Sent from my iPhone
**Alastair Burlingham**

This email and any attachments may be confidential and/or legally privileged. If you have received this email and you are not a named addressee, please inform the sender and then delete the email from your system. If you are not a named addressee you must not use, disclose, distribute, copy, print or rely on this

email. Although Prescience routinely screens for viruses, addressees should scan this e-mail and any attachments for viruses. Prescience makes no representation or warranty as to the absence of viruses in this email or any attachments. Prescience reserve the right to monitor the content of all emails (including any attachments and any associated metadata of either emails or attachments) sent and received by its systems.

Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies do not accept any liability for the contents of emails where these are unconnected with the affairs of Prescience Film Finance Ltd, Hindsight Media Services Ltd or any of its respective group companies.

Prescience Film Finance Limited, Debello House, 14-18 Heddon Street, London, W1B 4DA. Registered in England number 04885246.

On 6 Feb 2015, at 16:46, Ben McConley <bmcconley@aol.com> wrote:

Sorry for delay. I will send wire information from bank with my bank officer. I need to finish our internal requirements this evening

Ben McConley, MBA.
(954) 999-3025

On Feb 6, 2015, at 4:36 PM, Tom Butterfield <tom@culminationprod.com> wrote:

Hi Jason,
I understand the money has now left the bank but we have no FED or wiring number to track it. Can you or Ben please send this over as the money has not appeared in Cole's production account as of yet and as the wire was made early this morning it should post before the end of the day.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com

On 6 Feb 2015, at 09:35, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Tom,
  I am guessing you were not cc'd on the email earlier but the first is out and Ben get back to Al and Cole shortly.  I took our banker off this as it is an internal communication and we do not want to fill his box with our back and forths.

Making headway.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Ben McConley <bmcconley@aol.com>
**Cc:** Cole Payne <cp@traverse-media.com>; Jason VanEman <weathervaneproductions@yahoo.com>; Alastair Burlingham <awb@presciencefilm.com>; "<benjamin.rafael@wellsfargo.com>" <benjamin.rafael@wellsfargo.com>
**Sent:** Friday, February 6, 2015 11:28 AM

**Subject:** Re: AB

Morning all - I'm sure we are all waiting with baited breathe on the wire clearing.
As mentioned yesterday, is the 2nd wire being sent out today to reach the total budget?

Thank you.

Sent from my iPhone


On Feb 5, 2015, at 4:02 PM, Ben McConley <bmcconley@aol.com> wrote:


First transfer confirmed.

Ben McConley, MBA.
(954) 999-3025

On Feb 5, 2015, at 6:19 PM, Cole Payne <cp@traverse-media.com> wrote:


Hey Jason,
Just because I need to make the call whether to fly the director back to LA ASAP based on if it's the whole about or half can you let me know on that front?  Because if it's only half and the other half won't post until next week for instance I need to fly him back.  If it is only half today, do we have a hard date of when the 2nd half will post?

Thanks,
Cole


On Feb 5, 2015, at 3:08 PM, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

you bet.  will do.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Cole Payne <cp@traverse-media.com>; Ben McConley <bmcconley@aol.com>; Alastair Burlingham <awb@presciencefilm.com>
**Sent:** Thursday, February 5, 2015 5:03 PM
**Subject:** Re: AB...

Ah we love taking it down to the wire don't we JVE! If you could be gracious enough to let me know the wiring has officially gone out that would be appreciated!
Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

On 5 Feb 2015, at 14:56, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Tom, The wire was initiated and Ben will be sending out the fed number to all (well all but the EP, kidding) ha. shortly.

Making solid headway.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Cole Payne <cp@traverse-media.com>; Ben McConley <bmcconley@aol.com>; Alastair Burlingham <awb@presciencefilm.com>
**Sent:** Thursday, February 5, 2015 4:27 PM
**Subject:** Re: AB...

Hello all,
I haven't seen an update in the last 36hrs so wanted to touch base and

make sure that this posting was still happening this week. My understanding was that it was supposed to post yesterday. Can I get an update.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

On 3 Feb 2015, at 17:19, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Cole,
   I fully understand both your situation and the pressure and I apologize you are having to deal with the pressure.

Please know any communications that you were not involved in were not purposeful as at times we were working to make sure information was flowing quickly.

We will get you an update as soon as possible along with the funding.

We had several projects receive funds today so lines are moving through compliance and out of the wire department.  We will do all we can to make sure this gets pushed forward and you are able get things clear for your team, ask Tom as to our want and push to make things work for productions.

I am expecting an update from Ben

this evening. And we will make sure those updates come your way.

Thanks again,

Jason Van Eman
President WVP, Inc.
818-720-3182

-------- Original message --------
From: Cole Payne
Date:02/03/2015 6:03 PM (GMT-06:00)
To: Ben McConley
Cc: Jason VanEman ,Tom Butterfield
Subject: Re: AB...

Hi Ben,

I agree that everyone calling each other, etc doesn't help I'm just saying that is whats happening. Can you please update me on this as you mention below, no money has hit the account. Has the bank given an exact day or wire confirmation? Alastair just said he was told money would come in today or tomorrow with no real specifics. Does that mean I'll get the full amount tomorrow or just half? If I'm just getting half tomorrow when is the 2nd half coming? If you could have the bank email you something you could forward me that would be amazing.

Thanks,
Cole

On Feb 3, 2015, at 11:04 AM,
Ben McConley
<bmcconley@aol.com> wrote:

Cole,

It is fine. I am going to be blunt. It is of no help at all everyone calling each other getting bothered. It is fine. The bank has been on the phone with Alastair as well to confirm. I will update today. Hang in there.

Ben McConley, MBA.
(954) 999-3025

On Feb 3, 2015, at 1:58 PM, Cole Payne
<cp@traverse-media.com> wrote:

Hi Jason,
Although it was yesterday, I'm beginning to feel like I'm in Groundhog Day. I was just at the bank this morning and the money is not there. As Alastair mentions, can we not see something from the bank this is happening?

I appreciate you providing the below info, but in all honesty there shouldn't be AB correspondence that I'm not involved in.  I've been fairly quiet about this the whole process as I just wanted to keep relations smooth, but this is my film, my loan with Prescience, etc, etc.  I should have been in on the calls with the bank, I should have been provided an account statement showing the funds were actually there like I was told was going to happen, and every bit correspondence/assurance Prescience has been provided with I should of had at the same time if not before.  I'm lucky if I get responses to my emails some of the time.  Yes, it's Prescience's money in your facility but if that money happens to not come out of your facility for any reason I'm the one on the hook for it.  It may seem like they may not come down hard on me/my company for it, but I assure you they will.  Just like everyone seems to think I'm getting let off the hook for these default fees on the loan, but that is not the case.  They have offered to defer a small piece of the fees (far from the full amount and I'm just talking default fees here, not what was budgeted), but those are still fees that are owed and the overage in fees I have to pay back right away effect the film.

It's also easy to say the default fees are an issue between Prescience and me, but the fact of the matter is even taking the holidays into account we are way over 30 banking days.  I also understand you may of had some trouble with your lawsuit, but again the contract we've all signed has not been held up to the terms.  Another term which I've mentioned before that has not happened is actually signing a document to stop the funds from reverting after 30 banking days passing.  Now, I'm not an attorney but this does seem like a breach of the agreement to me.  Just as Alastair is saying his investor is about to enforce their security on this situation, my attorney is also contacting me asking if this money has been released and when I explain that it hasn't she is asking me if she should take action.  Of course she is my attorney and she can't do that without my go ahead, but between her and everyone else (cast, WME, CA producer, director, my investor, etc, etc) who is asking me for legitimate explanations why this money hasn't been released I've ran out responses I feel good about telling them and I'm just starting to feel silly.

Unfortunately it goes beyond feeling silly at this point, literally my livelihood is on the line here.  I've got the director in Canada prepping on my company dime, the Canadian crew that is working based on my word that the money is coming "any day", Natasha Lyonne just turning down another movie yesterday as I told her we're filming AB, etc and if I don't have cash to spend they're going to throw in the towel and I'm the asshole.  I've also heard that I didn't have shoot dates or something of that nature, well that just not the case and I've said for months our start date is Feb 23.  Regardless per our contract, discussions, etc there should have been no problem to hit that start date and money should have been released weeks ago.

Besides the hold up with the money and some communication issues you guys have been great to deal with, I think we are all hoping to do future business together but I need some help on this.  To add to the just plain feeling silly factor there are a lot of people in the business that know I'm doing this deal with you that are also constantly inquiring if I've gotten the money, so please help me tell them "yes".  As Tom can tell you, even other people involved with this project aren't taking my word anymore and contacting him directly about it, it shouldn't be happening and it's unprofessional but people are getting to the desperation stage.

If I don't have money ASAP I feel strongly that my current cast (not to mention they're currently using there personal connections to get James Franco, Tracey Ullman, and Kieran Culkin for us) and the Canadian producer are going to throw in the towel.  The director just called me freaking out because the Canadians don't believe the money is coming and they're talking about sending him home.  I've actually gotten contacted 3 times about this while typing this email.

In closing, guys I need some money now to keep this boat floating on all fronts.  If you can go to the bank and leverage your $150M plus to push this through, send my a few hundred grand of your own money to hold the production over or whatever it takes I just need to the money to stop a lot of things from falling apart.  If this falls apart it's going to put us all in a very bad spot.  We always knew there could be some extra days, but this is just too much especially with not signing anything to stop the funds from reverting as it states in the contract.

Looking forward to your response and smooth solution to this issue.

Thanks,
Cole


**Cole Payne**
CEO - Partner

<small.jpg>
TRAVERSE MEDIA
8075 W. 3rd Street
Suite 510
Los Angeles, CA 90048
t: +1 310.868.1460
f: +1 323.591.1582
@traverse_media
traverse-media.com


On Feb 3, 2015, at 9:23 AM, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

guessing tomorrow but they are pushing to have it out ASAP.

Thanks again,

Jason VanEman
President,
WeatherVane
Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype:
weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged

information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Cole Payne <cp@traverse-media.com>
**Sent:** Tuesday, February 3, 2015 11:19 AM
**Subject:** Re: AB...

Thank you Jason. Does that mean that money is arriving in Cole's account today as discussed on Friday?

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7834 771 777

www.culminationproductions.com/

On 3 Feb 2015, at 08:56, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

So you both have the current info and what is being worked on re AB.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication

may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

----- Forwarded Message -----
**From:** Alastair Burlingham <alastair.burlingham@outlook.com>
**To:** 'Jason Van Eman' <weathervaneproductions@yahoo.com>; 'Ben McConley' <bmcconley@aol.com>
**Cc:** lee vandermolen <lee.vandermolen@talk21.com>
**Sent:** Tuesday, February 3, 2015 10:52 AM
**Subject:** RE: AB...

Jason / Ben,

Thank you – and I hear you Ben - but as discussed

we have been asked to get something directly from the bank today if possible regarding the wire status on AntiBirth.

Having been delayed now for over a month, we have simply run out of explanations for the delay with our investor and he is threatening to enforce security on Bridgeworks absent some comfort that the loan is about to be repaid. Nor do we have a precedent transaction as AB is the first one.

So Ben is there any way you can get an email or documentation form Wells Fargo – or the wire department – that the AB line of credit is being settled and wires will go out today or tomorrow?

Many thanks.

Alastair.

---

**From:** Jason Van Eman [mailto:weathervaneproductions@yahoo.com]
**Sent:** 03 February 2015 07:45
**To:** Alastair Burlingham; Ben

McConley

**Subject:** AB...

Alastair,
  Ben said that all is on track with the information sent last week. He is in with compliance and will update today on progress and funds moving. We are very close.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510.

This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.