# EXHIBIT 12

**Exhibit 38**



**From:** **Sofia gmail** sofiasondervan@gmail.com
**Subject:** Re: Update on Payments for Urge
**Date:** February 18, 2015 at 9:49 PM
**To:** Lynn Appelle lynnda@me.com

Aaron told me there was money coming from Weathervane on Feb 9.  I have heard today that this is not true.   I don't know what money they are getting but we have lost our union deal which is irreparable

On Feb 18, 2015, at 2:52 PM, Lynn Appelle <lynnda@me.com> wrote:

just got this - but don't know what to believe.

Begin forwarded message:

**From:** James Lejsek <jamesl@presciencefilm.com>
**Subject:** **RE: Update on Payments for Urge**
**Date:** February 18, 2015 at 2:50:09 PM EST
**To:** Raquel Cedar <raquelcedar@gmail.com>
**Cc:** Lynn APPELLE <lynnda@me.com>, Aaron KAUFMAN <aaronkkaufman@mac.com>, eli gurevich <eliable@gmail.com>, Brennan Berger <brennanberger@gmail.com>, Yoram Barzilai <ybarzilai@gmail.com>

The accounting review by our prospective lender has taken longer than anticipated. We have a call set with them later this week to see if we have answered all their questions to their satisfaction.

Aaron perhaps an update email to the crew is in order following that call.

**From:** Raquel Cedar [mailto:raquelcedar@gmail.com]
**Sent:** Wednesday, February 18, 2015 9:48 AM
**To:** James Lejsek
**Cc:** Lynn APPELLE; Aaron KAUFMAN; eli gurevich; Brennan Berger; Yoram Barzilai
**Subject:** RE: Update on Payments for Urge

What is the status of our payments? Ar

DEFENDANT'S EXHIBIT

38