# EXHIBIT 13

**Exhibit 39**

From: **Sofia gmail** sofiasondervan@gmail.com
Subject: Conversation with James from Prescience
Date: April 14, 2015 at 7:21 PM
To: Lynn Appelle lynnda@me.com



> I spoke to James Lejsak from Prescience. He said he had not returned because he was at coachella.  He acknowledged that there was 1.1 in the bank and that Prescience took out $900,000. He said that money was taken out because of weathervane.  He also said the weathervane money had not come in and was 2 months late.  He said that there is $1.900.000 in outstanding debt and that he has over 300 invoices.  He did not want to say for what.  He said the investors do not want to use this money to pay the debt but want to recoup their own investment but that they are waiting for the senior loan to come in from a NY company named Raven.  He said he expected it to clear within 2 - 3 weeks.  He said there was infighting between the investors behind prescience and that's why the loan had not come in. He also said the accounting was a mess and took months to clear up.
>
> He said Prescience has a lien on the film by virtue of them being owed money. He asked if you meant an injunction.