# EXHIBIT 14

Gmail - Urge                                                                                                    10/27/20, 5:45 PM

 Gmail                                    Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## Urge

12 messages

**Sofia gmail** <sofiasondervan@gmail.com>                          Mon, Apr 13, 2015 at 7:57 PM
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>

    Hi Jason,

    I hope you are doing very well!  I know Tom spoke to you today about Urge and I was just wondering if I could just ask
    you a few questions about it.  Clearly these would be off the record.
    Please let me know if this is ok.
    Thank you and all my best
    Sofia

**Jason Van Eman** <weathervaneproductions@yahoo.com>                 Mon, Apr 13, 2015 at 8:09 PM
Reply-To: Jason Van Eman <weathervaneproductions@yahoo.com>
To: Sofia gmail <sofiasondervan@gmail.com>
Cc: Tom Butterfield <tom@culminationprod.com>

    Sofia,
      Fire away...  ;)

    Yes feel free.  If you email I can get back to you, if you would like to talk then it will need to
    be tomorrow.

    Thanks again,

    Jason VanEman
    President, WeatherVane Productions, Inc.

    cell: 818.720.3182
    fax: 270.721.1702
    skype: weathervaneproductions

    CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail
    messages attached to it, constitute an electronic communication within the scope of the
    Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-
    public, confidential, or legally privileged information intended for the sole use of the designated
    recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited
    pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you
    received this communication in error, please notify the sender immediately.

LT-009463

From: Sofia gmail <sofiasondervan@gmail.com>
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>
Sent: Monday, April 13, 2015 6:57 PM
Subject: Urge

[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                                    Mon, Apr 13, 2015 at 9:06 PM
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>

Thank you so much!  I'm trying to understand their financing as it greatly impacts me personally.

I was told by Aaron yesterday that Prescience currently has two million in the bank from you.  Clearly this is not true.  I am wondering who you are funding (which entity) and approx when.  Do they have an obligation to deliver a completed film to you and pay off all debts?

Sorry for the many questions  Seems you are the only person in this entire scenario who actually knows what's going on.

All this off the record.

Thank you and all my best,

Sofia

[Quoted text hidden]

---

**WVP** <weathervaneproductions@yahoo.com>                                    Tue, Apr 14, 2015 at 8:15 PM
To: Sofia gmail <sofiasondervan@gmail.com>
Cc: Tom Butterfield <tom@culminationprod.com>

sorry for the delay. I looked up and realized I hadn't responded back to you. They have been funded on several different levels. Their senior position lender has not finalize the agreement. Which has been the hold up on all the other financing.
they do have several million in that account from us with other funding coming according to the internal schedule. My guess is they will be able to round out the full account from our end by the end of the week.

Thanks  again,

Jason Van Eman
President  WVP, Inc.
818-720-3182
wvp-inc.com
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                                    Tue, Apr 14, 2015 at 8:30 PM
To: WVP <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>

LT-009464

Case 1:20-cv-21536-MGC   Document 101-14   Entered on FLSD Docket 01/04/2021   Page 4 of 6

Thank you so much for getting back to me. I just spoke to James at prescience as well as Aaron and he says the investors are holding on to the money.  They need to pay the unions what the owe them or they will put liens on the film. Is there anything you can do or say to get them to do this, since it's your money you have pull at least?
Thank you again and all my best
Sofia

[Quoted text hidden]

---

**WVP** <weathervaneproductions@yahoo.com>                                    Tue, Apr 14, 2015 at 8:35 PM
To: Sofia gmail <sofiasondervan@gmail.com>
Cc: Tom Butterfield <tom@culminationprod.com>

Its all internal. I dont have a full understanding of the finance plan and the senior piece.   I do believe this will all be wrapped up in the next week or so.  Long project snd definitely drawn out.

[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                                    Tue, Apr 14, 2015 at 9:21 PM
To: Petra Hoebel <petrahoebel@gmail.com>

Confidential

From weathervane

Sent from my iPhone

Begin forwarded message:

**From:** WVP
**Date:** April 14, 2015 at 8:35:38 PM EDT
**To:** Sofia gmail
**Cc:** Tom Butterfield
**Subject: Re: Urge**

Its all internal. I dont have a full understanding of the finance plan and the senior piece.   I do believe this will all be wrapped up in the next week or so.  Long project snd definitely drawn out.

Thanks  again,

Jason Van Eman

[Quoted text hidden]

---

**Petra Hoebel** <petrahoebel@gmail.com>                                      Wed, Apr 15, 2015 at 6:44 AM
To: Sofia gmail <sofiasondervan@gmail.com>

so that sounds good - in a positive moving forward way

[Quoted text hidden]

---

LT-009465

**Sofia gmail** <sofiasondervan@gmail.com>                              Wed, May 6, 2015 at 12:45 PM
To: WVP <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>

Hi Jason
I hope all is very well.  I was wondering if your piece of the Urge financing we discussed below went through as we are still waiting for them to close the senior loan.

Please advise
Thank you!
Sofia

Sent from my iPhone
[Quoted text hidden]

---

**Jason Van Eman** <weathervaneproductions@yahoo.com>                  Wed, May 6, 2015 at 1:27 PM
Reply-To: Jason Van Eman <weathervaneproductions@yahoo.com>
To: Sofia gmail <sofiasondervan@gmail.com>
Cc: Tom Butterfield <tom@culminationprod.com>

Ours is trickling out.  Been a bit slow.  but it moving.  They are doing all the paperwork to close the senior, not sure how close that is at this moment.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.
wvp-inc.com

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

---

**From:** Sofia gmail <sofiasondervan@gmail.com>
**To:** WVP <weathervaneproductions@yahoo.com>
**Cc:** Tom Butterfield <tom@culminationprod.com>
**Sent:** Wednesday, May 6, 2015 11:45 AM
**Subject:** Re: Urge
[Quoted text hidden]

LT-009466

10/27/20, 5:45 PM

**Sofia gmail** <sofiasondervan@gmail.com>                                    Wed, May 6, 2015 at 1:44 PM
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Tom Butterfield <tom@culminationprod.com>

Thank you for letting me know.  The senior loan was supposed to close last week but seems very delayed.

Sent from my iPhone
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                                    Wed, May 6, 2015 at 1:45 PM
To: Petra Hoebel <petrahoebel@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

LT-009467