# EXHIBIT 17



FG+R | FELDMAN, GOLINSKI + REEDY PLLC
Attorneys at Law

November 20, 2015

<u>VIA EMAIL AND FEDERAL EXPRESS</u>
WeatherVane Productions, Inc.
Attn.: Jason Van Eman
PO Box 3524
Bartlesville, OK, 74006
Email: jason@wvp-inc.com

**RE:**     *London Town* – **NOTIFICATION OF MATERIAL BREACH AND CURE PERIOD**

Dear Mr. Van Eman:

We write to you on behalf of London Town Pic., Ltd. ("Producer") in connection with that certain Financier Term Sheet (the "Agreement") dated as of June 10th, by and between WeatherVane Productions ("WeatherVane") and Producer, in connection with the motion picture *London Town* (the "Picture").

Although you signed and dated the Agreement as of 18 June, 2015, the production still has not received the committed funding of approximately Two Million Dollars ($2,000,000).  As per related agreements with our affiliated partners, the monies were due no later than 20 October 2015.

This shall notify you that the Producer shall not be idle in exercising its rights should WeatherVane not cure prior to 5:00 PM (New York, Eastern, time) on Friday, 4 December, 2015.  There will be no credit accorded to parties designated by WeatherVane, and, more importantly, the Producer will be obligated to remedy the damages resulting from your material breach.  It is impossible to comprehensively set forth the full scope of those losses at this time.  In addition to the funding amount and the attendant costs associated with the resultant impossibility of finishing the Picture on a timely basis, you have positioned numerous parties in financial jeopardy.   The interest, legal and other expenses, aggregated with other direct, consequential, incidental and resultant damages, compound on a calendar weekly basis as the production company is in default to lenders, financiers, contractors, artists and others, based on its detrimental reliance on the Agreement.

Nothing herein may be taken against interest or serve as a waiver of any rights, remedies or claims at law or in Equity, all of which are hereby reserved in their entirety.  I appreciate your immediate attention.

Sincerely,

FELDMAN, GOLINSKI & REEDY, PLLC

By:  Ben Feldman, Esq.

cc:     Sofia Sondervan
        Tom Butterfield

EXHIBIT

**11**

100 Wall Street, 23rd Floor, New York, NY 10005
Tel: 212.230.1300 • Fax: 212.230.1090 • www.fgrslaw.com

LT-002112