# EXHIBIT 18

 Gmail                                      Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## FW: London Town – NOTIFICATION OF MATERIAL BREACH AND CURE PERIOD

**Tom Butterfield** <tom@culminationprod.com>                          Mon, Nov 23, 2015 at 2:12 PM
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Ross Marroso <ross@weathervaneprod.com>, Sofia gmail <sofiasondervan@gmail.com>, Ben Feldman
<bfeldman@fgrslaw.com>

Hi Jason,
Thank you for getting on the phone. We will move forward as discussed and see what your position is looking like Dec 1st. Please talk to your people in regards to the interest rate issue with Alastair.

I have spoken to Sofia and it seems the options are as follows:
- We are attempting to refinance Alastair's production loan $1,724,000 (that's not including interest which is already accruing).
- WV puts up an amount that will cover the interest that is already contractually owed i.e. 1 month and also for the next 30 days until the WV match money arrives.

As I said on the phone, the 1st month of additional fees (that was originally a  WV cost) now means that we no longer have enough funds to deliver the film if Alastair insists on repayment. Which we both know he will!

We ask and expect to be cc'd in any conversation with Alastair in regards to LONDON TOWN so we are all on the same page as to how to deal with this situation and most importantly deliver our film.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7802 608 890

AM CURRENTLY ON MY US NUMBER


On Nov 23, 2015, at 9:53 AM, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Tom,
  Is this how we want to handle this?  Really.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.
weathervaneprod.com

cell: 818.720.3182
fax: 270.721.1702

> | EXHIBIT |
> |:---:|
> | **12** |

LT-000334

skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

----- Forwarded Message -----
**From:** Amy Luce <amy@luceunlimited.com>
**To:** "jason@wvp-inc.com" <jason@wvp-inc.com>
**Cc:** Ben Feldman <bfeldman@fgrslaw.com>; "weathervaneproductions@yahoo.com" <weathervaneproductions@yahoo.com>
**Sent:** Monday, November 23, 2015 11:33 AM
**Subject:** London Town – NOTIFICATION OF MATERIAL BREACH AND CURE PERIOD

Dear Mr. Van Eman,

Kindly see the attached.

Thank you.

best,
amy

*Amy Luce*
212. 307. 9162 direct
212. 658. 9333 fax
*amy@luceunlimited.com*

*Ben Feldman, Esq.*
212. 230. 1300 x6151
917. 863. 2316 mobile
*bfeldman@fgrslaw.com*

*Ben Feldman*
*FGR, PLLC*
Feldman, Golinski + Reedy, PLLC
100 Wall Street @ Water, 23rd Fl
New York, NY  10005

<London Town - WeatherVane LTR 112015.pdf>

LT-000335

LT-000336