# EXHIBIT 19

**From:**     Wayne Marc Godfrey
**To:**        Tom Butterfield
**Cc:**        David Gilbery
**Subject:**  Re: Update
**Date:**     Tuesday, December 01, 2015 5:46:05 PM

Unless they fund in the next 2= hours this is dead.

On 1 Dec 2015, at 22:00, Tom Butterfie=d <tom@culminatio=prod.com> wrote:

Understood. I'm s=rry to say that it all appears to have come crashing down with WV. I have =wo other projects as well as 47m Down that we have done the same notice on= You can't understand how sorry I am that you guys are in the same=situation as me… But please know that I'm working extremel= hard to get the resolution that we want!

Thanks.

Tom Butterfield
Culmination Productions
tom@culminat=onprod.com
+1 323 636 6085 /+44 (0)7802 608 =890

AM CURRENTLY ON MY US NUMBER

On Dec 1, 2015, at 1:46 PM, David Gilbery <davidg@thefyzz.com> wrote:

Hey Tom,

No nothing received from Weathervane as yet.=nbsp;

Just as an=FYI as Weathervane missed their funding date (120 days) the production iss=ed them with a formal notice of default on Friday with a cure period that =xpired today, so we are now speaking with our investor to determine whethe= or not he wishes to terminate the Weathervane agreement.

No decision on that front a= yet.

Best wishes,

<=div>
**DAVID GILBERY**
**HEA= OF OPERATIONS**
T: +44 207 38= 7868
www.th=fyzz.com <=span>

EXHIBIT

22

LT-009063

&lt;TFF Conta=t.png&gt;

On 1 Dec 2015, at 21:39, Tom Butterfield
=lt;tom@culminationpr=d.com&gt; wrote:

Please see below that I just=received from Jason. Can
you confirm that you have received this "=ormal letter"
as I'm speaking to him a couple of times a d=y for
updates and want to make sure he is doing what he is
saying in his c=rrespondence.

I am bac= in London on 14th Dec for Xmas. Would be
good to get together and catch u=. I can tell you all about
my new job as Head of Production at Content!

Thanks

Tom Butterfield
Culmination Productions
tom@culminat=onprod.com
+1 323 636 6085 /+44 (0)7802 608 =890

AM CURRENTLY ON MY US NUMBER

Begin forwarded message:

**From:**=Jason Van Eman
&lt;weathervaneproductions@yahoo.co=&gt;
**Date:** Dec=mber 1, 2015 at 1:12:44 PM
PST
**To:** Tom Butterfield
&lt;tom@culminationprod.com&gt;
**Cc:** Ross Marroso
&lt;ross@weathervaneprod.com&gt;

**Re: Update=br class=""&gt;**

**Turkey day was grea=.**

**47=d is getting a formal letter from us today with the
dates of funding and a=l.  Guessing the 15th to the
18th would feel about right.**

**Thanks again,**

**Jason VanEman**

LT-009064

President, WeatherVane Productions, Inc.
weathervaneprod.com
=br class="">cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENT=ALITY NOTICE : This communication and any documents, files or previous e-m=il messages attached to it, constitute an electronic communication within =he scope of the Electronic Communication Privacy Act, 18 USCA 2510. This c=mmunication may contain non-public, confidential, or legally privileged in=ormation intended for the sole use of the designated recipient(s). The unl=wful interception, use or disclosure of such information is strictly prohi=ited pursuant to 18 USCA 2511 and any applicable laws. If you are not the =ntended recipient, if you received this communication in error, please not=fy the sender immediately.

---

From: Tom Butterfield <tom@culminationprod.com>
To: Jason=Van Eman <Cc: Ross Marroso <=a href="mailto:ross@weathervaneprod.com" class="">ross@weathervaneprod=com>
Sent: Tuesday, December 1, 2015 2:15 PM
Subject: Update

Hello guys,
Hope you both had a good Thanksgiving break. I wanted to check in =s from previous conversations it was clear that today was a D-Day on negot=ations. Can you give me an update on LONDON TOWN/GRIEF CAMP and also the t=meline for 47m DOWN.

Thank you.
Tom Butterfield
Culmination Productions
tom@culminationprod.com
&#=3;1 323 636 6085 /+44 (0)7802 608 890

AM =URRENTLY ON MY US NUMBER

LT-009065

**<=div>**

=

LT-009066