# EXHIBIT 23



# Exhibit 76

Yeah maybe.  They were sued for 6,5 million last year

That small one didn't even go in till August and already got paid back

Don't they know someone on the inside at Wells Fargo who can look into the bank account and see what is there?

11/11/15, 4:02 PM

What do you think? Use the WV fees now and if they ever deliver then they can get it back. Why hold onto it now...

We wont the money to cover those fees. It was supposed to come from the match leftover

11/11/15, 8:01 PM

Also - Alastair has asked for us to send him and Lee a link to the Sundance cut. You ok with me sending that over?

Please Tom be careful. I sounds like they are preparing to take over the film which would be a disaster

What are we supposed to do?? They are our investors at this point... They want to make sure that we are delivering a film that can be sold and recoup their money...

I would tell them that we will have a new cut next

DEFENDANT'S EXHIBIT

76

LT-009710

I would tell them that we will have a new cut next week and that we will send that then

I want to pay some bills first this week

Ok. I agree with that.

You never know what happens. I will try and pay as much as possible this week first

Never ever give them access to the bank account tom

They are not the only investors and do not have that right

Would need to come through a lawyer

No matter what they are still 50% investors and not more

LT-009711

Why would I ever give them access to our bank accounts???

Because they might pressure you into it

Not bloody likely! I'm not a fool!

Good!

It's pretty standard for an investor to see a cut of the film...

Did you look at my notes on the deal

Yes I know I just want to make some payments first. These guys are tricky

Honestly not yet. I've been trying to get my head around this whole WV thing as it can potentially cost me a lot of money!

Wow sounds like they have forged a person

They made up a person at Wells Fargo who doesn't actually works there

I've been downloading and reading all these filings and it is REALLY scary reading.

Where are you finding them?

LT-009712

They are public records at the Florida court.

Oh wow. And I assume that since oct 28 they still haven't received the money

Nope

That person doesn't exist right?

That's what they are saying

I've also been reading the emergency documents to

freeze all the accounts both for the company and Jason/Ben's personal accounts.

If you google that guy he doesn't exist.  Sound like MAJOR fraud

LT-009713