# EXHIBIT 24

Gmail - Fwd: Legal                                                                    7/12/20, 5:20 PM

 **Gmail**                                    Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## Fwd: Legal
2 messages

**Culmination** <tom@culminationprod.com>                        Fri, Nov 13, 2015 at 4:44 PM
To: Sofia gmail <sofiasondervan@gmail.com>

See below my conversation with Jason.... He Said, She Said going on here!

Tom Butterfield
Culmination Productions
(323) 636 6085 / +44 (0)77802 608 890

I'M CURRENTLY ON MY US NUMBER

Begin forwarded message:

> **From:** Jason Van Eman <weathervaneproductions@yahoo.com>
> **Date:** 13 November 2015 at 13:17:24 GMT-8
> **To:** Tom Butterfield <tom@culminationprod.com>
> **Cc:** Ross Marroso <ross@weathervaneprod.com>
> **Subject: Re: Legal**
> **Reply-To:** Jason Van Eman <weathervaneproductions@yahoo.com>

Thanks Tom.  No worries... Terry Leonard is on 818 Media, and they are working fine.  Yes slow but nothing more then that.  We have been working with the investors and have been doing a payout schedule with them.  No issues other then timing delays...  Not sure why Terry would call you, but if he does please refer them back to us and or our attorneys he knows well. ;)

On LT we know how difficult it is.  Please take the stress from Alastair on this with a grain of salt and know that we will get things working and figured out.

47md is solid and we are looking at around the 1st of Dec for that.  GC and all other 8 projects from our match will work out once we have adana nailed...

The docs are the basic filings.  I think there have been like 10 motions, with ours at the top.  ;)

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.
weathervaneprod.com

> EXHIBIT
>
> **14**

LT-000372

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

---

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Ross Marroso <ross@weathervaneprod.com>
**Sent:** Friday, November 13, 2015 3:01 PM
**Subject:** Re: Legal

Jason,
I'm letting you know what is out there. As Jamie and I mentioned at our meeting, the word on the street isn't good at the moment and to then have this as a follow up is not great! I've attached a few of the documents that I have read (know that I have not passed onto anyone) that are easily accessible.

The producers I will have to go back through my notes as to who each one was. The most recent was a producer out of New York who called me this morning called Terry Leonard.

Understand - this is not personal. I've been on this rollercoaster with you for quite a while now and have always been supportive. I know that Jamie is extremely keen to get something going with you in terms of a production fund. But you must be able to see how destructive this is. Not to mention what I have said before in regards to LONDON TOWN and the predicament these delays are having on the film and being able to deliver the project.

I hope this does all get resolved in "short order" and the money for LT along with 47m DOWN and GRIEF CAMP comes at the beginning of December. Take a look at the documents and let me know your thoughts.

Thanks

LT-000373

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7802 608 890

AM CURRENTLY ON MY US NUMBER

> On Nov 13, 2015, at 12:19 PM, Jason Van Eman <weathervaneproductions@yahoo.com> wrote:

Tom,
   I am not sure what you are looking for.  We talked about Adana, and while you seem to hear that there are filings what you have not heard is this is their way of renegotiating their deal.  If you have seen the filings then you have seen we have filings as well.  Adana is well in hand and will be resolved in short order.

To the others I can not respond as I am not sure which projects you are speaking.  If you would be so kind as to give us the names and projects I would be more then willing to address each one.

Along with all the bad and terrible things we are doing, I am most confident that you are not talking with the 4 projects that are being funded and are running with our money.

I talked to Pete yesterday and gave him a light rundown.  Please also send me the filings that you have downloaded and read so I know what is out there and being passed around.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.
weathervaneprod.com

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication

LT-000374

within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

---

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Ross Marroso <ross@weathervaneprod.com>
**Sent:** Friday, November 13, 2015 1:56 PM
**Subject:** Legal

Hi guys,
So along with Scott/Peter who sent me a link from Google to a legal site that I have downloaded/read a number of documents (including Summons, frozen accounts etc.) that are HIGHLY concerning in regards to Adana. I have gotten at least four phone calls from other producers in the last 48hrs who are claiming that they are also waiting on financing to come back through the WV model and are getting ready for legal action to retrieve even their initial investments.

What is going on?? I have not discussed this with Jamie yet, as I wanted to get your end of the story first but considering our meeting at AFM this is the opposite of what we meant by good PR!!

Please call me as soon as possible to talk about this.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7802 608 890

AM CURRENTLY ON MY US NUMBER

---

**Sofia Sondervan-Bild** <sofiasondervan@gmail.com>                    Fri, Nov 13, 2015 at 5:13 PM
To: Culmination <tom@culminationprod.com>

LT-000375

7/12/20, 5:20 PM

Please tell Jason this which is 100% true

I am working on London Town every day all day.  Making ADR lists, clearing licenses, finding music etc., things that take hours and hours.  EVERY DAY!  I have been working on this film for 7 years and because of his empty promises we will not get the last 25% of our salary which I DESPERATELY need considering I cannot do anything else because I am so busy trying to deliver this film of which i cannot even use the contingency that we need to make the film as good as it can be  I am really pissed off!!!

[Quoted text hidden]

--
DUTCH TILT FILM
917 324 6175

LT-000376