# EXHIBIT 25

| | |
|---|---|
| **From:** | Tom Butterfield |
| **To:** | Jason Van Eman |
| **Cc:** | Ross Marroso |
| **Subject:** | Re: Legal |
| **Date:** | Friday, November 13, 2015 4:01:40 PM |
| **Attachments:** | Adana_Investing_Inc_v_Forrest_Capital_Inc_et_al__flsdce-15-24038__0011.0.pdf |
| | Untitled attachment 00213.html |
| | Adana_Investing_Inc_v_Forrest_Capital_Inc_et_al__flsdce-15-24038__0001.2.pdf |
| | Untitled attachment 00216.html |

Jason,

I�=99m letting you know what is out there. As Jamie and I mentioned at our me=ting, the word on the street isn't good at the moment and to then =ave this as a follow up is not great! I've attached a few of the d=cuments that I have read (know that I have not passed onto anyone) that ar= easily accessible.

The producers I will have to go back through my notes as to who each =ne was. The most recent was a producer out of New York who called me this =orning called Terry Leonard.

Understand - this is not personal. I've been on this r=llercoaster with you for quite a while now and have always been supportive= I know that Jamie is extremely keen to get something going with you in te=ms of a production fund. But you must be able to see how destructive this =s. Not to mention what I have said before in regards to LONDON TOWN and th= predicament these delays are having on the film and being able to deliver=the project.

I h=pe this does all get resolved in "short order" and the mon=y for LT along with 47m DOWN and GRIEF CAMP comes at the beginning of Dece=ber. Take a look at the documents and let me know your thoughts.

Thanks

Tom Butterfield
Culmination Productions
tom@culminat=onprod.com
+1 323 636 6085 /+44 (0)7802 608 =890

AM CURRENTLY ON MY US NUMBER

=

**EXHIBIT**

**23**

LT-007052