# EXHIBIT 27

| | |
|---|---|
| **From:** | Tom Butterfield |
| **To:** | Jason Van Eman; Ross Marroso |
| **Cc:** | Sofia gmail |
| **Bcc:** | Ben Feldman |
| **Subject:** | Re: Court Hearing |
| **Date:** | Monday, December 14, 2015 9:59:43 AM |

Please can we get an update fr=m my email below from last week.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminat=onprod.com
+1 323 636 6085 /+44 (0)7802 608 =890

AM CURRENTLY ON MY US NUMBER

On=Dec 10, 2015, at 5:33 PM, Tom Butterfield <tom@culminationprod.com>
wrote:

=div class="">
Hello Jason,
I continue with our now w=ekly emails for updates. As I mentioned in previous
emails our credits lis= cut off is Dec 12th and you assured us that you would have
had some forwa=d movement before then. Is this still the case? I know you have
emailed Ja=ie saying that you have forward progress.

Furthermore, I don't think considering the =urrent situation that emailing my new
boss with other projects with out ev=n cc'ing me is a wise strategy. Jamie and I
have discussed and until this =urrent issue is resolved we can not even consider
anything else.

I will also continue=to ask on 47m as well.  I read your response to my previous
email and=frankly don't care. It was my introduction and insistence that all was
wel= with WV that made FYZZ close the deal with you on this project and as
suc= it is my reputation that is being questioned with their daily emails. Ple=se
update me on this as you have previously stated the payment would be ha=pening
next week.

Thank you.
Sent from my iPhone
On 3 Dec 2015, at 19:14, Jason Van Eman
<weathervaneproductions@yahoo.c=m> wrote:

Tom,
<=iv class="">

EXHIBIT

**15**

LT-007041

Thanks again,

Jason VanEman
President, WeatherVane=Productions, Inc.
weathervaneprod.com

cell: 818.720=3182
fax: 270.721.1702
skype: weathervaneprodu=tions

CONFIDENTIALITY NOTICE : This communic=tion and any documents, files or previous e-mail messages attached to it, =onstitute an electronic communication within the scope of the Electronic C=mmunication Privacy Act, 18 USCA 2510. This communication may contain non-=ublic, confidential, or legally privileged information intended for the so=e use of the designated recipient(s). The unlawful interception, use or di=closure of such information is strictly prohibited pursuant to 18 USCA 251= and any applicable laws. If you are not the intended recipient, if you re=eived this communication in error, please notify the sender immediately.

---

**From:** Tom Butterfi=ld <tom@culminati=nprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Ben McConley <bmcconley@aol.com>; Ross Marroso <ross@weathervaneprod.com>; Sofia=Sondervan-Bild <=ofiasondervan@gmail.com>
**Sent:** Thursday, December 3, 2=15 4:04 PM
**Subject:** Re: Court Hearing
=br class="">
Jason,

1. "Not=ing to report" - is completely incorrect! You and your colleagues =ere in court yesterday in regards to a case that directly affects our prod=ction. I think the right thing to do would have been you sending us an ema=l last night detailing in depth what took place. Instead, I once again had=to chase you and even have our own lawyers look into the public records to=get a clue as to what is going on.
As I reported the hearing went well.  =There is nothing to detail or give as an in depth report.  It wa= a hearing for the judge to get his head around the case and see if it can=or should be heard in his court, thats it.  When he comes b=ck with his Order I can promise you we will let EVERYONE know.

2. You have completely ignored the emai= I sent in regards to 47m which states VERY clearly from both the CEO and =FO of FYZZ that they have also sent you a letter of notice (as we have) an= that Wayne considered this deal to be dead. I checked in with David again=yesterday and the has said that

LT-007042

the letter you claim to have sent them he =asn't seen arrive. Wayne might have personal things going on, but =t certainly didn't stop him from replying to my email stating that=you had 24hrs to pay….

Not to sound pointed, but when I communicate with them directly, thats it.  I know you are involv=d based on the connections and all that, but it is of huge import to us to=get our funds into the project.  So I am not sure why you feel we sho=ld be giving you updates when at the time of your email we had not sent ou= response.  It was received on monday and we responded on Wed.  =n top of that Wayne had a family death and we have not heard back to our s=de.  Once that is worked out I will let you know as well.

3. You asked on o=r phone conversation that our notice not be put in front of your lawyers y=t and I agreed to see where we stood on Dec 1st. It would appear we haven=E2��t moved an inch - apart from adding more interest onto a loan that=was supposed to be paid 6 weeks ago from your funding. We have a deadline =f Dec 12th on delivering our Titles to our Post Supervisor. If we do not s=e significant forward progress from WV by that date then we will be forced=to remove your credits. Should the investment ever arrive after that date =hen we would expect WV to pay for the reel to be re-opened.

Our funds w=ll not be available by the 12th.  We will however have solid mov=ment on timing and clarity on how our overall dealings with ADA are w=rking.  You act like we want to not fund you all and are just sitting=on the capital.  As you fully know we have had a full stand still bas=d on the frivolous suit, and are aggressively combatting both the sui= as well as the stigma that parties seam to put on something.  You ha=e seen us fund on no less then three films, we may be late but we always f=nd.

4. Why w=uld we ever want to keep our Senior Loan in place? Senior takes out VMF and fees, you h=ve a distribution deal that then Senior would be in 1st position.  So=if for whatever reason we were not allowed to fund then the production com=any would hold our share of the points in the film with a senior in 1st li=e 99% of all other films.  Not saying thats what you want to do, but =t would be the full through line from getting VMFC paid to you getting pai=.

5. I am ge=ting extremely frustrated/upset by you telling me that you are keeping us =nformed. That simply is not the case. I'm consistently chasing you=for information and constantly asking for you to keep us in the loop even =f there is no update which never happens.

Brother I give you information=as it comes.  We get info from our side about once a week.  You =re one of seven projects connected to this deal and one of 15 we are fundi=g right now.  If there is nothing to share there is nothing=to share.  I get you information and talk more about LT then any othe= project.  I have talked to Lee VM 4

LT-007043

times about LT this week. &=bsp;I am on your side, and I appreciate that you help me to =remember to get you updates as we have tones on our plates.

I can not be more clear ab=ut how dire this situation is for not only this project but for any future=business dealings.
We are not stalled by any means.  I=have three new projects in just the last two weeks.  We are moving fr=ward and doing so solidly with UBS (one compliance officer vs 9, one banke= vs 5, etc.)  If you want to work with us you know we would love that= we LOVE Content.  If you feel our money is not a good fit for you as=you will have to find liquidity to make ours move, we totally get it.=/font>

Thank you.

Tom But=erfield
Culmination Productions<=r clear="none" class="yiv1913464115">tom@culminationprod.com=/a>
+1 323 636 6085 /+44=(0)7802 608 890

AM CURRENTLY ON MY US NUMBER

On Dec 3, 2015, at 10:50 A=, Jason Van Eman
<weathervaneproductions@ya=oo.com> wrote:

=/div>
=table class="yiv1913464115" cellspacing="0" cellpadding="0" border=3D"0">
Tom,
There is n=thing to report. It went well for us but it's a process. 47md is moving.= We have sent them our dates and all that however Wayne's grandfather pass=d so he is out of pocket.

Regarding LT, Lee said he is open to c=pping the fees and that you all should or are working on senior. That woul= then leave two options, one once we are freed up we will then release our=equity and you pay off the senior or you keep the senior and your equity a=d we our capital is not used.
While our side is moving quickly w= are dealing with courts and that is a process unto itself.

As a=ways we will keep you up on movements. Btw probably should make sure Sofi= knows who the funders are, as she stated that she didn't know Adana was t=ed into the delays. Not an issue on our end but with the want to help get=the film completed and done well, it

LT-007044

only helps to have your team on the same page so when I talk with Lee about fee= and all we are all talking about the same things.


Thanks again,

Jason Van Eman
President, WVP Inc.

---

**From:** Tom Butterfield <tom@culmination=rod.com>;
**To:** Jason Van Eman <=eathervaneproductions@yahoo.com>; =
**Cc:** Ben McConley <bmcconley@aol.com>; Ross =arroso <ross@weathervaneprod.com>; =
**Subject:** Court Hearing
**Sent:** Thu, Dec 3, 2015 6:41:45 AM =

Please let me know urgently what the outcome was of the hear=ng today in Florida. I have not had a response from Jason on my email sent=a day ago in regards to 47m DOWN and the production of LONDON TOWN needs t= know how we should proceed.
Thank you.

Tom Butterfie=d
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7802 608 890

AM CURRENTLY ON MY US NUMBER

=

LT-007045