# EXHIBIT 28

 **Gmail**

Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## Fwd: Court Hearing

**Tom Butterfield** <tom@culminationprod.com>                                Thu, Dec 3, 2015 at 5:04 PM
To: Jason Van Eman <weathervaneproductions@yahoo.com>
Cc: Ben McConley <bmcconley@aol.com>, Ross Marroso <ross@weathervaneprod.com>, Sofia Sondervan-Bild <sofiasondervan@gmail.com>

Jason,
I have to say that I find a lot of the below email extremely concerning.

1. "Nothing to report" - is completely incorrect! You and your colleagues were in court yesterday in regards to a case that directly affects our production. I think the right thing to do would have been you sending us an email last night detailing in depth what took place. Instead, I once again had to chase you and even have our own lawyers look into the public records to get a clue as to what is going on.

2. You have completely ignored the email I sent in regards to 47m which states VERY clearly from both the CEO and CFO of FYZZ that they have also sent you a letter of notice (as we have) and that Wayne considered this deal to be dead. I checked in with David again yesterday and the has said that the letter you claim to have sent them he hasn't seen arrive. Wayne might have personal things going on, but it certainly didn't stop him from replying to my email stating that you had 24hrs to pay….

3. You asked on our phone conversation that our notice not be put in front of your lawyers yet and I agreed to see where we stood on Dec 1st. It would appear we haven't moved an inch - apart from adding more interest onto a loan that was supposed to be paid 6 weeks ago from your funding. We have a deadline of Dec 12th on delivering our Titles to our Post Supervisor. If we do not see significant forward progress from WV by that date then we will be forced to remove your credits. Should the investment ever arrive after that date then we would expect WV to pay for the reel to be re-opened.

4. Why would we ever want to keep our Senior Loan in place?

5. I am getting extremely frustrated/upset by you telling me that you are keeping us informed. That simply is not the case. I'm consistently chasing you for information and constantly asking for you to keep us in the loop even if there is no update which never happens.

I can not be more clear about how dire this situation is for not only this project but for any future business dealings.

Thank you.

Tom Butterfield
Culmination Productions
tom@culminationprod.com
+1 323 636 6085 /+44 (0)7802 608 890

AM CURRENTLY ON MY US NUMBER

[Quoted text hidden]

LT-001153