# EXHIBIT 29

 **Gmail**

Sofia Sondervan-Bild <sofiasondervan@gmail.com>

---

## Fwd: Court Hearing

**Jason Van Eman** <weathervaneproductions@yahoo.com>                Thu, Dec 3, 2015 at 6:14 PM
Reply-To: Jason Van Eman <weathervaneproductions@yahoo.com>
To: Tom Butterfield <tom@culminationprod.com>
Cc: Ben McConley <bmcconley@aol.com>, Ross Marroso <ross@weathervaneprod.com>, Sofia Sondervan-Bild <sofiasondervan@gmail.com>

Tom,
  I will answer below in color for easy reference.

Thanks again,

Jason VanEman
President, WeatherVane Productions, Inc.
weathervaneprod.com

cell: 818.720.3182
fax: 270.721.1702
skype: weathervaneproductions

CONFIDENTIALITY NOTICE : This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, if you received this communication in error, please notify the sender immediately.

---

**From:** Tom Butterfield <tom@culminationprod.com>
**To:** Jason Van Eman <weathervaneproductions@yahoo.com>
**Cc:** Ben McConley <bmcconley@aol.com>; Ross Marroso <ross@weathervaneprod.com>; Sofia Sondervan-Bild <sofiasondervan@gmail.com>
**Sent:** Thursday, December 3, 2015 4:04 PM
**Subject:** Re: Court Hearing

Jason,
I have to say that I find a lot of the below email extremely concerning.

1. "Nothing to report" - is completely incorrect! You and your colleagues were in court yesterday in regards to a case that directly affects our production. I think the right thing to do would have been you sending us an email last night detailing in depth what took place.

> EXHIBIT
>
> **16**

LT-001150

Instead, I once again had to chase you and even have our own lawyers look into the public records to get a clue as to what is going on.
As I reported the hearing went well.  There is nothing to detail or give as an in depth report.  It was a hearing for the judge to get his head around the case and see if it can or should be heard in his court, thats it.  When he comes back with his Order I can promise you we will let EVERYONE know.

2. You have completely ignored the email I sent in regards to 47m which states VERY clearly from both the CEO and CFO of FYZZ that they have also sent you a letter of notice (as we have) and that Wayne considered this deal to be dead. I checked in with David again yesterday and the has said that the letter you claim to have sent them he hasn't seen arrive. Wayne might have personal things going on, but it certainly didn't stop him from replying to my email stating that you had 24hrs to pay….
Not to sound pointed, but when I communicate with them directly, thats it.  I know you are involved based on the connections and all that, but it is of huge import to us to get our funds into the project.  So I am not sure why you feel we should be giving you updates when at the time of your email we had not sent our response.  It was received on monday and we responded on Wed.  On top of that Wayne had a family death and we have not heard back to our side.  Once that is worked out I will let you know as well.

3. You asked on our phone conversation that our notice not be put in front of your lawyers yet and I agreed to see where we stood on Dec 1st. It would appear we haven't moved an inch - apart from adding more interest onto a loan that was supposed to be paid 6 weeks ago from your funding. We have a deadline of Dec 12th on delivering our Titles to our Post Supervisor. If we do not see significant forward progress from WV by that date then we will be forced to remove your credits. Should the investment ever arrive after that date then we would expect WV to pay for the reel to be re-opened.
Our funds will not be available by the 12th.  We will however have solid movement on timing and clarity on how our overall dealings with ADA are working.  You act like we want to not fund you all and are just sitting on the capital.  As you fully know we have had a full stand still based on the frivolous suit, and are aggressively combatting both the suit as well as the stigma that parties seam to put on something.  You have seen us fund on no less then three films, we may be late but we always fund.

4. Why would we ever want to keep our Senior Loan in place?
Senior takes out VMF and fees, you have a distribution deal that then Senior would be in 1st position.  So if for whatever reason we were not allowed to fund then the production company would hold our share of the points in the film with a senior in 1st like 99% of all other films. Not saying thats what you want to do, but it would be the full through line from getting VMFC paid to you getting paid.

5. I am getting extremely frustrated/upset by you telling me that you are keeping us informed. That simply is not the case. I'm consistently chasing you for information and constantly asking for you to keep us in the loop even if there is no update which never happens.
Brother I give you information as it comes.  We get info from our side about once a week.  You are one of seven projects connected to this deal and one of 15 we are funding right now.  If

LT-001151

there is nothing to share there is nothing to share.  I get you information and talk more about LT then any other project.  I have talked to Lee VM 4 times about LT this week.  I am on your side, and I appreciate that you help me to remember to get you updates as we have tones on our plates.

I can not be more clear about how dire this situation is for not only this project but for any future business dealings.
We are not stalled by any means.  I have three new projects in just the last two weeks.  We are moving froward and doing so solidly with UBS (one compliance officer vs 9, one banker vs 5, etc.)  If you want to work with us you know we would love that, we LOVE Content.  If you feel our money is not a good fit for you as you will have to find liquidity to make ours move, we totally get it.

[Quoted text hidden]

[Quoted text hidden]

LT-001152