# EXHIBIT 30

 **Gmail** Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## WV
18 messages

---

**Sofia Sondervan-Bild** <sofiasondervan@gmail.com> Fri, Oct 30, 2015 at 5:37 PM
To: aaron kaufman <aaronkkaufman@mac.com>

Hey i hope you are doing well.  Did WV ever pay all they owed?

--
DUTCH TILT FILM
180 West Houston Street
NYC NY 10014
917 324 6175

---

**AARON KAUFMAN** <aaronkkaufman@mac.com> Sun, Nov 1, 2015 at 4:05 PM
To: Sofia Sondervan-Bild <sofiasondervan@gmail.com>

Sofia,

Let's discuss tomorrow when you have some time. It's too complicated for email.

Regards,

- AK
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com> Mon, Nov 2, 2015 at 6:15 PM
To: AARON KAUFMAN <aaronkkaufman@mac.com>

What is your phone number?

Sent from my iPhone
[Quoted text hidden]

---

**AARON KAUFMAN** <aaronkkaufman@mac.com> Mon, Nov 2, 2015 at 6:25 PM
To: Sofia gmail <sofiasondervan@gmail.com>

(310) 651-8035 - i'm available in about an hour if you are.

AK
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com> Mon, Nov 2, 2015 at 7:45 PM
To: AARON KAUFMAN <aaronkkaufman@mac.com>

Just tried you. I'm on 917-324-6175

Sent from my iPhone
[Quoted text hidden]

---

LT-006570

---

**AARON KAUFMAN** <aaronkkaufman@mac.com>                          Mon, Nov 2, 2015 at 8:00 PM
To: Sofia gmail <sofiasondervan@gmail.com>

calling you back in 1 minute.

AK
[Quoted text hidden]

---

**AARON KAUFMAN** <aaronkkaufman@mac.com>                          Mon, Nov 2, 2015 at 8:06 PM
To: Sofia gmail <sofiasondervan@gmail.com>

**https://vimeo.com/122550276**

**Password: Urge**
[Quoted text hidden]

---

**AARON KAUFMAN** <aaronkkaufman@mac.com>                          Mon, Nov 2, 2015 at 8:24 PM
To: Sofia gmail <sofiasondervan@gmail.com>

Sofia,

Enclosed is the info on the VAMPIRELLA project. Take a look and let me know your thoughts. I have included some basic info below:

- AK


**Title**: Vampirella
**Writer / Producer**: Aaron Kaufman (Machete, Sin City: A Dame to Kill For, Chef)
**Writer**: Jerry Stahl (Permanent Midnight, Bad Boys II)

**Format**: TV Series
**Original Rights Holde**r: Dynamite Comics
**Production Company**: Primal Productions

**Bridge amount sought**: $65,000
**Preferred return:** 20%
**Bridge proceeds**: Legal & Development
**Repayment**: Bridge to close of US partnership

**US Partner**: Endemol US
**Time period for funds**: 6-8 weeks


On Nov 2, 2015, at 5:06 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:

**https://vimeo.com/122550276**

**Password: Urge**

LT-006571

On Nov 2, 2015, at 4:45 PM, Sofia gmail <sofiasondervan@gmail.com> wrote:

Just tried you. I'm on 917-324-6175

Sent from my iPhone

> On Nov 2, 2015, at 6:25 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:
>
> (310) 651-8035 - i'm available in about an hour if you are.
>
> AK
>
>
>> On Nov 2, 2015, at 3:15 PM, Sofia gmail <sofiasondervan@gmail.com> wrote:
>>
>> What is your phone number?
>>
>> Sent from my iPhone
>>
>>> On Nov 1, 2015, at 4:05 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:
>>>
>>> Sofia,
>>>
>>> Let's discuss tomorrow when you have some time. It's too complicated for email.
>>>
>>> Regards,
>>>
>>> - AK
>>>
>>>
>>>> On Oct 30, 2015, at 2:37 PM, Sofia Sondervan-Bild <sofiasondervan@gmail.com> wrote:
>>>>
>>>> Hey i hope you are doing well.  Did WV ever pay all they owed?
>>>>
>>>>
>>>> --
>>>> DUTCH TILT FILM
>>>> 180 West Houston Street
>>>> NYC NY 10014
>>>> 917 324 6175

LT-006572

 **Vampirella Deck.pdf**
13270K

**Sofia gmail** <sofiasondervan@gmail.com> Mon, Nov 2, 2015 at 9:30 PM
To: AARON KAUFMAN <aaronkkaufman@mac.com>

This looks great!!
Go finish The film!

Sent from my iPhone
[Quoted text hidden]

**AARON KAUFMAN** <aaronkkaufman@mac.com> Mon, Nov 2, 2015 at 9:32 PM
To: Sofia gmail <sofiasondervan@gmail.com>

Thanks - I appreciate the kind words.

AK
[Quoted text hidden]

**AARON KAUFMAN** <aaronkkaufman@mac.com> Wed, Nov 4, 2015 at 4:16 PM
To: Sofia gmail <sofiasondervan@gmail.com>

Sofia,

I wanted to make sure that you had received this and wanted to see if you had any ideas for the short term bridge? I hope you are well and I look forward to chatting further.

Regards,

AK

> Begin forwarded message:
> [Quoted text hidden]

On Nov 2, 2015, at 5:06 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:

**https://vimeo.com/122550276**

**Password: Urge**

On Nov 2, 2015, at 4:45 PM, Sofia gmail <sofiasondervan@gmail.com> wrote:

Just tried you. I'm on 917-324-6175

LT-006573

Sent from my iPhone

On Nov 2, 2015, at 6:25 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:

(310) 651-8035 - i'm available in about an hour if you are.

AK

On Nov 2, 2015, at 3:15 PM, Sofia gmail <sofiasondervan@gmail.com> wrote:

What is your phone number?

Sent from my iPhone

On Nov 1, 2015, at 4:05 PM, AARON KAUFMAN <aaronkkaufman@mac.com> wrote:

Sofia,

Let's discuss tomorrow when you have some time. It's too complicated for email.

Regards,

- AK

On Oct 30, 2015, at 2:37 PM, Sofia Sondervan-Bild <sofiasondervan@gmail.com> wrote:

Hey i hope you are doing well. Did WV ever pay all they owed?

--
DUTCH TILT FILM
180 West Houston Street
NYC NY 10014
917 324 6175

---

📕 **Vampirella Deck.pdf**

LT-006574

13270K

---

**Sofia Sondervan-Bild** <sofiasondervan@gmail.com>

Thu, Nov 5, 2015 at 10:38 AM

To: AARON KAUFMAN <aaronkkaufman@mac.com>

Hey Aaron

yes it looks cool.  I spoke to my NY investor and he is not interested in doing TV at the moment.  Sent it to the our EP in Oklahoma.  Will let you  know what he says!

Thanks
Sofia

[Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]
[Quoted text hidden]

---

**AARON KAUFMAN** <aaronkkaufman@mac.com>

Thu, Nov 5, 2015 at 8:21 PM

To: Sofia Sondervan-Bild <sofiasondervan@gmail.com>

Thanks Sofia, I appreciate it. On another note - I am putting some investors together to buy out Sculptor (evil debt investor) and wondered if you knew of anyone else who was interested in NYS tax credit financing? The current estimate is approximately $2.1 million - let me know if you have any ideas.

Regards,

AK

[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>

Wed, Nov 11, 2015 at 9:18 PM

To: AARON KAUFMAN <aaronkkaufman@mac.com>

Hi no I don't know off hand.  What about someone like Headgear or Ingenious.

Did you hear Weathervane is getting sued?

[Quoted text hidden]

---

**AARON KAUFMAN** <aaronkkaufman@mac.com>

Wed, Nov 11, 2015 at 9:19 PM

To: Sofia gmail <sofiasondervan@gmail.com>

I heard that Weathervane was getting sued by Prescience. Is this the same one or is there another suit?

Also - I don't know Headgear but am speaking with Ingenious. Would you mind introducing me to Headgear?

I hope you are well.

AK

[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>

Wed, Nov 11, 2015 at 9:28 PM

To: AARON KAUFMAN <aaronkkaufman@mac.com>

I'll Intro you in the am no problem. They are in the UK

No this is a different company suing. I think they are a scam

LT-006575

Sent from my iPhone
[Quoted text hidden]

---

**Aaron Kaufman** <aaronkkaufman@mac.com>                            Thu, Nov 12, 2015 at 12:06 AM
To: Sofia gmail <sofiasondervan@gmail.com>

It's so crazy.

Thanks for the introduction.

AK
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                            Sun, Nov 22, 2015 at 9:18 PM
To: Tom Butterfield <tom@culminationprod.com>

See below.

Vampirella - I raised 30k so I only need 35k at this point. Money goes toward securing the rights, legal and some dev costs. I am negotiating with endemol now and will be able to pay this amount back without 6-8 weeks --- your help on this would be really appreciated.
[Quoted text hidden]

---

 **Vampirella Deck.pdf**
13270K

LT-006576