# EXHIBIT 31

8:07

DB

Derrick >

Nov 16, 2015, 9:10 PM

I really like a few of the new title designs they just sent

look at them at 100% size on a computer and I love the handmade vive of them

I like 3 and 4 of the mains and different elements 1 and 3 of the cards

I think 1, 2 and 4 are ok and the 2nd card

So you aren't into them?

I think the first 2 are ok. They're not bad. Curious what we will see from Maria tomorrow

Do you love them?

I spoke to Steve Jordan. He can redo the song bit he said he doesn't think it's such a strong song. I said if he can make

iMessage

LT-009472

8:07 ✈





DB

Derrick >

I spoke to Steve Jordan. He can redo the song bit he said he doesn't think it's such a strong song. I said if he can make something really similar but original that might work too. He said he would get back tomorrow

I've been on the phone with the bond company and the lawyers all morning. What a mess

I don't like 1 and 2 at all. I like the handmade vibe of 3 and 4 a lot though. I think the cards could be better but think they could get there.

He just said that because he wants to do an original song. It's a great song

I said he could do an original song if he wanted and it was similar enough. He didn't come up with that

I think a reggae song that is widelv known to be a sona the

   iMessage

      

LT-009473

8:07



Derrick >

widely known to be a song the clash covered is stronger than anything he can do as an original

whats up w bond co and lawyers?

Yes but you can't get nominated then. Or have an original song promoted by a  contemporary artist

All are involved now because weathervane seems to be a scam

So lawsuits flying around. I'm making sure we are protected somehow

i understand but steve isn't beyonce. just because we could get nominated doesn't mean we would unless it's a great song right.

Yes sure

He could get a big artist to do the lyrics. It's fine I just emailed

iMessage

LT-009474