# EXHIBIT 32



LT-009469