# EXHIBIT 33

 **Gmail**                                    Sofia Sondervan-Bild <sofiasondervan@gmail.com>

## Daniel Hat and dress
10 messages

**Sofia gmail** <sofiasondervan@gmail.com>                           Sun, Dec 13, 2015 at 8:27 AM
To: Derrick Borte <dborte@mac.com>

Hi Goodmorning,

Hope you had a good flight back.  Can you please send me Daniels Hat and the dress I bought back.
Thank you!

Address is:
197 12th street
Brooklyn NY 11215

---

**derrick borte** <dborte@mac.com>                                   Sun, Dec 13, 2015 at 8:33 AM
To: Sofia gmail <sofiasondervan@gmail.com>

Good morning. I have looked everywhere and can't find them. All I can think is that after the 5 hour drive then full
overnight shoot and 5 hour drive back I was in such a comatose state that I misplaced it or something. I will look again
but I don't have much hope.

Derrick Borte
757.589.8997
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                           Sun, Dec 13, 2015 at 8:54 AM
To: derrick borte <dborte@mac.com>

The dress as well?

Sent from my iPhone
[Quoted text hidden]

---

**derrick borte** <dborte@mac.com>                                   Sun, Dec 13, 2015 at 9:09 AM
To: Sofia gmail <sofiasondervan@gmail.com>

Yes. The actor gave them back to me at 430am and I packed them both with all my gear. I have looked a few times
and don't see either.

Derrick Borte
757.589.8997
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                           Sun, Dec 13, 2015 at 9:29 AM

LT-008601

To: derrick borte <dborte@mac.com>

That really sucks. Are you missing gear as well then

Sent from my iPhone
[Quoted text hidden]

---

**derrick borte** <dborte@mac.com>                                    Sun, Dec 13, 2015 at 9:36 AM
To: Sofia gmail <sofiasondervan@gmail.com>

I have no idea. The wardrobe is the only thing I've really had a chance to look for. The shoot was obviously not the normal or preferred way to do things. Totally Understaffed and very stressful. However, when I see the footage in the film, it was totally worth whatever crap I had to deal with, including the loss of the wardrobe. There's absolutely no way the film would've worked without that footage.

Derrick Borte
757.589.8997
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                             Sun, Dec 13, 2015 at 9:46 AM
To: derrick borte <dborte@mac.com>

It was our only hat and main costume from the film.
[Quoted text hidden]

---

**derrick borte** <dborte@mac.com>                                    Sun, Dec 13, 2015 at 10:19 AM
To: Sofia gmail <sofiasondervan@gmail.com>

Do you think I don't realize that?

As I've said numerous times, I'm sorry. I certainly wasn't careless with them and didn't mean to lose them. I was doing the best I could to help make our film better under ludicrous conditions at my own personal expense. With no help from anyone else, and in the middle of my cut, I put together a huge production w 50 extras, 4 taxis, drivers, crew, police, permits, etc. I know that you know how that feels too as it seems like we are the only ones doing anything to get this film finished.

I know you are stressed and we have far bigger problems, like the fraud that may end up costing us and our investors a very large sum of money. In the grand scheme of finishing the film and our financing and potential distribution situation, the hat and replacement dress are absolutely irrelevant and I'd like to stop wasting time talking about it.

I feel like you are focusing your frustrations about these other issues on me (and this hat and dress) and I'd like you to stop.

If I find them I will send them back.

Derrick Borte
757.589.8997
[Quoted text hidden]

---

**Sofia gmail** <sofiasondervan@gmail.com>                             Sun, Dec 13, 2015 at 10:48 AM
To: derrick borte <dborte@mac.com>

I have never said anything unkind to you and have only been supportive throughout.  Being that we are not only

LT-008602

collegues but also friends, I have shared everything with you (which includes frustrations) because as you say we are the only ones who really care about the film and working on it.  The fact that I essentially only get 75% of my pay and have been doing the job of 3+ departments (legal, post super and producer) sucks but had nothing to do with you nor have I ever said it did.  I did what you asked me to do to help you with the extra shoot ie get you the insurance, props and dress.  I asked if there was anything else I can do and you said you had it under control.  If you feel that I am over sharing and/or treating you disrespectfully I apologize and will sensor from now on.

[Quoted text hidden]

---

**derrick borte** <dborte@mac.com>                                                          Sun, Dec 13, 2015 at 1:02 PM
To: Sofia gmail <sofiasondervan@gmail.com>

You aren't over sharing. And I know you did whatever you could to help. That's not what I was saying. I feel bad that I lost the wardrobe and I thought we had been over this already a few weeks ago when I couldn't find it. When you started on it again today it just frustrated me. That's all. I know what you have done and continue to do for the film and never question your hard work and dedication just as I don't question our friendship. I appreciate you as a producer and a friend.

You weren't disrespectful to me at all. I was just annoyed by the line of questions related to the wardrobe. I feel bad enough already and have looked for them a few times. I don't know where they are and I apologize.

Derrick Borte
757.589.8997
[Quoted text hidden]

LT-008603