# EXHIBIT 34

# To Be Filed Under Seal