# EXHIBIT 35

Case 1:20-cv-21536-MGC   Document 36-4   Entered on FLSD Docket 08/07/2020   Page 2 of 11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21536-MGC

LONDON TOWN PIC LIMITED,
SOFIA SONDERVAN-BILD, and
TOM BUTTERFIELD,

     Plaintiffs,

v.

WELLS FARGO BANK, N.A., and
WELLS FARGO ADVISORS, LLC,

     Defendants.

_____/

## PLAINTIFFS' FIRST AMENDED INITIAL DISCLOSURES UNDER RULE 26(a)(1)

Plaintiffs London Town Limited ("London Town"), Sofia Sondervan-Bild ("Sondervan") and Tom Butterfield ("Butterfield") hereby serve their First Amended Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**A.   The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals have knowledge with respect to the claims presently before the Court:

1.  Sofia Sondervan-Bild
    c/o Plaintiffs' counsel

2.  Tom Butterfield
    c/o Plaintiffs' counsel

3.  Simon Groom
    Adana Investing, Inc.
    c/o Kobre & Kim LLP



Case 1:20-cv-21536-MGC    Document 36-4    Entered on FLSD Docket 08/07/2020    Page 3 of 11

4.  Marie-France Bastaroli
    Adana Investing, Inc
    c/o Kobre & Kim LLP

5.  Marc Trottier
    Partner, Berwin Leighton Paisner LLP
    c/o Kobre & Kim LLP

6.  Graham Shear
    Partner, Berwin Leighton Paisner LLP
    c/o Kobre & Kim LLP

7.  Simon Clarke
    Associate, Berwin Leighton Paisner LLP
    c/o Kobre & Kim LLP

8.  Lee Vandermolen
    Vandermolen Film Co. Ltd.
    c/o Podhurst Orseck P.A.

9.  Alastair Burlingham
    Sherborne Media Capital LLC
    c/o Podhurst Orseck P.A.

10. Robb Klein
    c/o James F. McShane
    Sheppard Mullin Richter & Hampton LLP,
    333 South Hope Street, 43rd Floor
    Los Angeles, California 90071

11. Benjamin Rafael
    11111 Biscayne Boulevard
    Unit 1900
    Miami, FL

12. Hernan Bermudez
    c/o Riesberg Law

13. Paul Zoch
    c/o Marcus Neiman & Rashbaum LLP

14. Benjamin McConley
    c/o Robert Erickson, Esq.



Case 1:20-cv-21536-MGC Document 30-4 Entered on FLSD Docket 08/07/2020 Page 4 of 11

15. Jason Van Eman
    c/o Fleischman & Fleischman PA

16. Ross Marroso
    c/o Samuel J. Dubbin P.A.

17. Grace Taleno
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

18. Amanda Granzella
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

19. Jesse Paino
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

20. Thomas Joyce
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

21. Bijan Toghiani
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

22. Arnaldo Calderon
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

23. Michael Crisostomo
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

24. Shaula Swindell
    Senior Investigative Agent,
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

25. Laurie Christopherson
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

BFW
BRODSKY FOTIU-WOJTOWICZ

26. Vera Knight
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

27. Kadiedra Hagadorn
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

28. Stefan Lawrence
    Wells Fargo Bank, N.A.
    c/o Defendants' counsel

29. Nadeen Schembri
    Wells Fargo Advisors, LLC
    c/o Defendants' counsel

30. Jeff Cosby
    Wells Fargo Advisors, LLC
    c/o Defendants' counsel

31. Francesco Traina
    Wells Fargo Advisors, LLC
    c/o Defendants' counsel

32. Jeff King
    Wells Fargo Advisors, LLC
    c/o Defendants' counsel

33. Judy Louie
    Senior Attorney,
    Wells Fargo Advisors, LLC
    c/o Defendants' counsel

34. Sergei Bespalov
    Aldamisa Entertainment, LLC

35. Richard Rossi
    Rossi Law Group, P.A.
    21218 St. Andrews Blvd., #225
    Boca Raton, FL 33433

36. Adam Falkoff
    Capital Keys
    1615 L Street, NW, 13th Floor
    Washington, D.C. 20036

4



Case 1:20-cv-21536-MGC Document 36-4 Entered on FLSD Docket 08/07/2020 Page 6 of 11

37. Stewart Peter
   14 Bearton Green, Hitchin, Hertfordshire SG5 1UL,
   United Kingdom

38. Robert W. Bartlett
   26445 La Scala
   Laguna Hills, CA 92653

39. Chris S. Pacetti, Esq.
   Gianelli & Morris
   550 S. Hope St., Ste. 1645
   Los Angeles, CA 90071

40. Anthony Buzbee
   JPMorgan Chase Tower, 600 Travis St
   Houston, TX 77002

41. Jarod Shelby
   c/o Freddy Funes, Esq.
   Gelber Schachter & Greenberg, P.A.

42. Kevin Koloff
   c/o David Jonelis, Levely & Singer,
   2049 Century Park East, Suite 2400,
   Los Angeles, California 90067-2906

**B.** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Plaintiff discloses the following documents and categories of documents that are in its possession, custody, or control.

1. Emails between Plaintiffs, representatives of Forrest Capital Partners, Inc., Forrest Capital and Co., LLC, Weathervane Productions, Inc., and WVP Holding, LLC, and Benjamin Rafael regarding the financing scheme

2. Letters from Wells Fargo Bank, N.A. regarding the financing scheme

3. Financial documents regarding the *London Town* film, including sales reports, invoices, bank statements, and investor-related materials



4. Documents relating to the financing between London Town Pic. Ltd. and Vandermolen Film Co. Ltd., Adana Investing, Inc., Forrest Capital Partners, Inc., Forrest Capital and Co., LLC, Weathervane Productions, Inc., and WVP Holding, LLC

5. Email communications regarding the production and financing of the *London Town* film

6. Court filings in litigation relating to the Forrest Capital-Weathervane-Wells Fargo financing scheme

7. Discovery produced by Defendants in *Adana Investing, Inc. v. Wells Fargo Bank, et al.* Case No. 16-cv-21562.

**C.** **A computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**1.** **London Town Pic Limited's Damages**

a. *Damages Relating to the Vandermolen Film Co. Bridge Loan:*

i. Unpaid Interest, Fees, and Premium Claimed by Vandermolen Film Co. (through 7/9/20) (without accounting for setoffs): $7,579,650.00

ii. Unpaid Interest, Fees, and Premium Claimed by Vandermolen Film Co. (through 7/9/20) (accounting for setoffs to interest first): $7,031,633.86

iii. Unpaid Interest, Fees, and Premium Claimed by Vandermolen Film Co. (through 6/26/20) (accounting for setoffs to principal first): $5,293,610.07

b. *Lost Profits on the Film:* Plaintiffs will prove up the lost profits caused by Defendants' torts through expert witness testimony. These lost profits

6



will include the loss of domestic and foreign presales as well as loss of worldwide box office. Documents supporting the lost profits damages will be provided in Plaintiffs' forthcoming production.

c.   *Punitive Damages:* to be determined by jury

d.   *Treble Damages Under Fla. Stat. § 772.104*: to be calculated upon jury verdict

2.   **Sofia Sondervan-Bild's Damages**

a.   *Deferred production fee*: $25,000

b.   *Loss of gross receipts*: $140,000

c.   *Loss of bank-end net profits* of 5%: Plaintiffs will prove up the lost profits caused by Defendants' torts through expert witness testimony. These lost profits will include the loss of domestic and foreign presales as well as loss of worldwide box office. Documents supporting the lost profits damages will be provided in Plaintiffs' forthcoming production.

d.   *Reputational damages*: Plaintiff Sondervan-Bild will prove up her reputational damages caused by Defendants' torts through expert witness testimony.

e.   *Out-of-pocket expenditures for film festival travel*: $20,000

f.   *Punitive Damages:* to be determined by jury

g.   *Treble Damages Under Fla. Stat. § 772.104*: to be calculated upon jury verdict

3.   **Tom Butterfield's Damages**

a.   *Deferred production fee*: $17,500

7



Case 1:20-cv-21536-MGC Document 36-4 Entered on FLSD Docket 08/07/2020 Page 9 of 11

b.  *Loss of gross receipts*: $45,000

c.  *Loss of back-end net profits of* 4%: Plaintiffs will prove up the lost profits caused by Defendants' torts through expert witness testimony. These lost profits will include the loss of domestic and foreign presales as well as loss of worldwide box office. Documents supporting the lost profits damages will be provided in Plaintiffs' forthcoming production.

d.  *Reputational damages*: Plaintiff Butterfield will prove up his reputational damages caused by Defendants' torts through expert witness testimony.

e.  *Punitive Damages:* to be determined by jury

f.  *Treble Damages Under Fla. Stat. § 772.104*: to be calculated upon jury verdict

**D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A.

Plaintiff reserves the right to supplement or amend its Rule 26 disclosures pursuant to the Federal Rules of Civil Procedure.

B|F|W

BRODSKY FOTIU-WOJTOWICZ

Case 1:20-cv-21536-MGC    Document 36-4    Entered on FLSD Docket 08/07/2020    Page 10 of 11

Respectfully submitted,

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky, Esq.
Florida Bar No. 73748
Joshua Truppman, Esq.
Florida Bar No. 111795
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Plaintiffs*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax:  786-749-7644
bbrodsky@bfwlegal.com
joshua@bfwlegal.com
docketing@bfwlegal.com

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail on <u>July 16, 2020</u>, on all counsel or parties of record on the Service List below.

s/     *Benjamin H. Brodsky*
Benjamin H. Brodsky

## SERVICE LIST

Emily Y. Rottman
MCGUIRE WOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
904-798-3200
904-798-3207
erottmann@mcguirewoods.com
flservice@mcguirewoods.com

| | |
|---|---|
| Jarrod D. Shaw, Esq.<br>MCGUIRE WOODS LLP<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 15222<br>904-798-3207<br>jshaw@mcguirewoods.com | Benjamin J. Sitter<br>MCGUIRE WOODS LLP<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, PA 15222<br>412-667-6000<br>bsitter@mcguirewoods.com |

10

