# EXHIBIT 38

*Town*, the film at issue.[3]  The chart below compares Adana's 2015 allegations to Plaintiffs' allegations here:

| 2015 *Adana* Allegations | Plaintiffs' 2020 Allegations |
|---|---|
| "FORREST CAPITAL … and … WEATHERVANE… have in the past and are currently engaged in a series of internally consistent schemes to defraud investors and convert their funds for personal use."  *Adana* ¶ AC 158. | "Weathervane and Forrest Capital were engaged in a fraudulent scheme set up to induce filmmakers such as Plaintiffs to seek film financing and ultimately induce financiers to set up fake credit lines at Wells Fargo Bank and/or Wells Fargo Advisors..." AC ¶ 78. |
| "VAN EMAN represented to ADANA that, in order to provide the financing required by the agreement with London Town Pic Limited, WVP HOLDING intended to secure a $4,485,000 line of credit from Wells Fargo (the "Second Line of Credit")… "VAN EMAN then proposed that ADANA provide a short-term, $2.3 million bridge loan (the "$2.3 Million Bridge Loan") as the matched funding (plus a commission for the arrangers) needed to obtain the $2,242,500 million loan from FORREST CAPITAL INC., with the ultimate goal of securing the Second Line of Credit from Wells Fargo." Adana AC ¶ 94. "In reliance on the representations made by VAN EMAN, ADANA agreed to provide the $2.3 Million Bridge Loan to WVP HOLDING." *Adana* AC ¶ 97. | "Under the first agreement, executed on June 22, 2015, Adana Investing, Inc. ("Adana"), a film financier, agreed to deposit $2.3 million into a Wells Fargo account for purposes of securing a line of credit for *London Town*. Forrest Capital was to deposit a "matching" amount of $2.3 million into the Wells Fargo account, which would supposedly unlock the line of credit." AC ¶ 21. |
| "[O]n May 13, 2015, VAN EMAN provided ADANA with a letter from Benjamin Rafael, purportedly a banker at Wells Fargo in Miami, Florida. In Mr. Rafael's letter, the Wells Fargo confirmed that it "irrevocably and unconditionally" agreed to open the Master Account for the | "[O]n May 12, 2015 and June 18, 2015, Wells Fargo Bank provided written letters to Adana supposedly confirming the legitimacy of the scheme by sending Adana a letter on Wells Fargo Bank letterhead, signed by Rafael, attesting that the "matching funds" |

---

[3] This Court may properly consider the *Adana* Complaints when deciding the motion to dismiss, because filed complaints are a matter of public record. *See Universal Express, Inc. v. U.S. S.E.C.*, 177 F. App'x 52, 53-54 (11th Cir. 2006) (holding that a court may take judicial notice of a filed complaint when deciding a motion to dismiss without converting it into a motion for summary judgment, because "[p]ublic records are among the permissible facts that a district court may consider").  Copies of the *Adana* complaints are attached hereto as Exhibits 1 & 2.

| 2015 *Adana* Allegations | Plaintiffs' 2020 Allegations |
|---|---|
| sole purpose of holding the funds loaned by ADANA and FORREST CAPITAL INC., and that it would manage the Master Account in accordance with the terms of the Funding Agreement (the "May 12, 2015 Wells Fargo Letter").[4] ADANA reasonably relied on the representations in the May 12, 2015 Wells Fargo Letter. To wit, ADANA reasonably relied on the representation that Wells Fargo would manage the Master Account in accordance with the terms of the Funding Agreement." *Adana* Compl. ¶¶ 33-34. | provided by Adana would be held in a secure Wells Fargo Bank account."  AC ¶ 24.<br><br>"The money provided by Adana for 'matching' had not been held in a secure Wells Fargo account. Instead, as part of a criminal conspiracy they were stolen by Forrest Capital and Weathervane…."  AC ¶ 25. |
| "[O]n June 18, 2015, VAN EMAN provided ADANA with a letter from Benjamin Rafael, purportedly a banker at Wells Fargo in Miami, Florida. In Mr. Rafael's letter, the Wells Fargo confirmed that it "irrevocably and unconditionally" agreed to open the Second Master Account for the sole purpose of holding the funds loaned by ADANA and FORREST CAPITAL INC., and that it would manage the Second Master Account in accordance with the terms of the June 22, 2015 Funding Agreement (the "June 18, 2015 Wells Fargo Letter").  *Adana* AC ¶ 103. | "[O]n May 12, 2015 and June 18, 2015, Wells Fargo Bank provided written letters to Adana supposedly confirming the legitimacy of the scheme by sending Adana a letter on Wells Fargo Bank letterhead, signed by Rafael, attesting that the "matching funds" provided by Adana would be held in a secure Wells Fargo Bank account."  AC ¶ 24. |

As the above comparison clearly illustrates, over four years after Adana's allegations were lodged in public records, Plaintiff filed their complaint in this case repeating many of the same allegations.  Moreover, given that Plaintiffs allege that "Adana and Vandermolen and their principals owed fiduciary duties to Plaintiffs" and were "acting in a fiduciary capacity to Plaintiffs," AC ¶¶ 76-77, Plaintiffs cannot plausibly claim that they were not at least on constructive notice of the lawsuit that Adana publicly filed, which included allegations mentioning Plaintiffs by name.

Notwithstanding that Plaintiffs were aware of the possible invasion of their legal rights as of July 2015, and, further, that these allegations were a matter of public record since

---

[4] Adana also attached a copy of the May 12, 2015 letter to its filed complaint.