# EXHIBIT 39

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

LONDON TOWN PIC LIMITED,
SOFIA SONDERVAN-BILD, and
TOM BUTTERFIELD,

No. 1:20-CV-21536-MGC

           Plaintiffs,

     vs.

WELLS FARGO BANK, N.A., and
WELLS FARGO ADVISORS, LLC,

           Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED REMOTE DEPOSITION OF

ALASTAIR BURLINGHAM

December 17, 2020

1:00 p.m.

Los Angeles, California

Karen Aligo, CSR No. 13418



whose name either I don't know or can't recall, but I remember the day because it was the day before Halloween, I think, in 2015 -- maybe say 2014, in Fort Lauderdale, Wells Advisors Fort Lauderdale.

Q. And did Mr. Zoch make any representations to you about the WeatherVane financing structure at that October 30th, 2014, meeting?

A. Yes.

MS. ROTTMANN:  Object to form.

BY MR. BRODSKY:

Q. What representations did he make?

MS. ROTTMANN:  Object to form.

THE WITNESS:  He made specific representations -- and I can't recall the absolute precise data, but my recollections are on record in previous affidavits -- generally concerning in response to all lines of due diligence inquiry, generally concerning Forrest Capital, its assets under management, the availability of lines of credit at Wells Fargo's bank against those assets under management, if they were then matched, and specifically in relation to the timing on how long it would take to issue a line of credit once a third party had matched assets already on the management at Wells Advisors.  Those were the principal lines



of inquiry in a, probably, 40-minute, 45-minute meeting.

BY MR. BRODSKY:

Q. So we fixed in time the meeting at Wells Fargo Advisors.  In terms of the meeting at Wells Fargo at the Brickell branch, do you recall a meeting that occurred in March of 2015?

A. Yes.

Q. And were the representations that you testified Mr. Rafael made -- were those representations made at that meeting?

A. At that meeting and the previous day.

Q. Do you know a gentleman by the name of Tom Butterfield?

A. Yes.

Q. Who is Tom Butterfield?

A. A film producer.

Q. Have you ever heard of a film called London Town?

A. Yes.

Q. Okay.  Did you have any involvement with the financing of the film London Town?

A. Yes.

Q. What was your involvement?

A. I was a consultant to Van der Meulen Film



have, then, relayed the debrief of my meetings in Miami with Wells Fargo Advisors and Wells Fargo Bank to Mr. Butterfield and the other producers of Antibirth, and from memory, Antibirth was then financed, and the WeatherVane equity finance came in with payment for bridge loan, which I was bridging, in maybe very -- maybe in December 2014.

Q. Okay.  And I want to make sure I'm right on this.  Is -- is it correct that you had no involvement with the film London Town?

A. No, I did have involvement.

Q. Okay.  And precisely what was your involvement on that?  It was consulting with Van der Meulen Film?

A. Consulting with Van der Meulen in respect of its bridge loan to production, and secondly in respect of working with a provider of match funding to collateralize a line of credit to support the putative WeatherVane Productions investment in the film which in turn would have paid off the bridge loan.

Q. And were you ever a consultant for London Town PIC Limited?

A. No.

Q. Okay.  And were you ever a consultant for



Sofia Sondervan-Bild?

A.  No.

Q.  And were you ever a consultant for Tom Butterfield?

A.  No.

Q.  Okay.  And do you know who proposed funding using WeatherVane for London Town?

MR. BRODSKY:  Objection to the form.

THE WITNESS:  No.  I can assume, but I don't know categorically.

BY MS. ROTTMANN:

Q.  Okay.  You don't recall who proposed using WeatherVane, again, for London Town?

A.  By the time I first heard of London Town, WeatherVane was already attached.

Q.  Okay.  And do you know -- when you say WeatherVane was attached, was a final decision made to use WeatherVane, or was that still up in the air, whether to officially use them or were they...

MR. GORHAM:  Lacks foundation.  It's an incomplete hypothetical.

You can answer it, Alastair.

THE WITNESS:  Yeah, when -- when I first -- as a bridge lender, when I first heard of London Town, it was presented to me as a project which very

to me, because I only was involved because we provided a bridge loan against the WeatherVane funding which we also controlled by -- by assisting and providing the match fund there.  So there was no other -- there was no other parallel or ultimate financing model.

BY MS. ROTTMANN:

Q. And you mentioned that after your meetings with Wells Fargo Bank and Wells Fargo Advisors, you relayed the -- those conversations to Mr. Butterfield.

Do you have specific recollections of what you relayed?

A. Not specific, but general recollection is what I relayed is consistent with the due diligence outputs, with key features that I communicated back to -- to all stakeholders and parties involved in financing of Antibirth at the time, and subsequently in March 2015, everyone involved in the next set of productions, which would have been financed by WeatherVane.

Q. Okay.  And when you say "next set of productions," what -- what was that?

(Simultaneous speakers.)

A. No, in March it was including, I'm pretty



REPORTER'S CERTIFICATION

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:  December 30, 2020



_____
KAREN ALIGO
CSR No. 13418