# EXHIBIT 41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-21536-Civ-COOKE/GOODMAN

LONDON TOWN PIC LIMITED,
et al.,

                    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,

                    Defendants.

------------------------------/

        VIDEOTAPED VIDEO-TELECONFERENCE DEPOSITION OF

   SOFIA SONDERVAN-BILD, as Corporate Representative

                    SEPTEMBER 16, 2020

                  9:35 a.m. - 3:39 p.m.

   Reported by:   Deborah Lugo, CLR
   Esquire Deposition Solutions - Tampa Office
   Phone - (813) 221-2535, (800) 838-2814
   Esquire Job No.:  J5972593



A.    Yep.

Q.    Okay.  I'm going to start here, Among these many representations made by Wells Fargo, on October 30, 2014, representatives of Adana and Vandermolen met with WeatherVane and Forrest Capital at a branch of Wells Fargo Advisors.

Do you know anything about the October 30th meeting?

A.    Tom would know about that.

Q.    Okay.  There's also a representation that a meeting occurred on March 13, 2015.

Do you know anything about what transpired at the March 13, 2015 meeting?

A.    I do not.

Q.    It later says there was a meeting on March 16, 2015 meeting.

Do you know anything about the March 16, 2015 meeting?

A.    I do not.

Q.    Okay.  It says on May 12, 2015 and June 18, 2015 Wells Fargo Bank provided written letters to Adana supposedly confirming the legitimacy of the scheme by sending Adana a letter on Wells Fargo letterhead.

Did you review the May 12, 2015 letter?



A.    That's correct.

Q.    Okay.  And, in addition, you testified just now about the meetings that Alastair told you about that he had had with Wells Fargo, correct?

A.    Correct.

Q.    Did you have a relationship of trust with Mr. Alastair wherein you relied upon him as a result -- where you relied upon him?

A.    I had a professional relationship with Mr. Alastair where I -- he was a very professional and thorough businessman and I assumed that he was very, very protective over the money that they were investing in projects.

They had also had prior experience which had given them the comfort of the deal with him.

Q.    Did you view Mr. Vandermolen as an agent of London Town?

A.    As an agent?

Q.    Yes.

MR. BRODSKY:  I'm going to object to the form.

A.    I don't understand that because we don't have that term in film.

BY MR. SHAW:

Q.    I'm going to show you what has been marked as Exhibit 2.  I'm going to go to paragraph 76.



It says, As agents of, and financing arrangers for plaintiff London Town and members, Plaintiffs Sondervan and Butterfield, Adana and Vandermolen and their principals owed fiduciary duties to plaintiffs.

Do you see that?

MR. BRODSKY:  I'm going to object to the form of the question.

MR. SHAW:  Is there a problem?

MR. BRODSKY:  Well, no, because you're showing her -- we moved to amend this, but any ways.

BY MR. SHAW:

Q.   I'm just asking you, in the operative complaint, do you see that paragraph?

A.   I see the paragraph.

Q.   Do you agree with what that paragraph it says?

A.   I would say that Tom and I are agents of London Town and that Adana, Vandermolen are both financing arrangements and financiers of London Town.

Q.   Do you think Adana and Vandermolen and their principals owed fiduciary duties to plaintiffs?

A.   I don't know what that means.  I'm sorry.



CERTIFICATE OF OATH

STATE OF FLORIDA                     :

                                     :

COUNTY OF PASCO                      :

        I, the undersigned authority, certify that the deponent named herein, SOFIA SONDERVAN-BILD, personally appeared before me and was duly sworn.

        WITNESS my hand and official seal this September 29, 2020.

DEBORAH LUGO
MY COMMISSION # GG 001759
EXPIRES: October 11, 2020
Bonded Thru Budget Notary Services

DEBORAH LUGO, CLR
Notary Public
State of Florida
My Commission Expires 10/11/2020
Commission No. GG 1759



CERTIFICATE OF COURT REPORTER

STATE OF FLORIDA

COUNTY OF PASCO

I, Deborah Lugo, Court Reporter, certify that I was authorized to and did stenographically report the deposition of SOFIA SONDERVAN-BILD; that a review of the transcript was requested; and that the transcript, is a true and correct record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this September 29, 2020.

_____
DEBORAH LUGO, CLR

