# EXHIBIT 45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21536-COOKE/GOODMAN

LONDON TOWN PIC LIMITED, et al.

            Plaintiffs,

VS.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,

VS.

            Defendants/Third-Party Plaintiffs,

VS.

VANDERMOLEN FILM CO. LTD.,
LEE VANDERMOLEN,

            Third-Party Defendants.

_____/

VIDEOTAPED DEPOSITION OF:    ARIANNA BOCCO

DATE:                        FRIDAY, DECEMBER 4, 2020

TIME:                        9:30 A.M. - 10:29 A.M.

PLACE:                       BRADLEY BEACH, NEW JERSEY

STENOGRAPHICALLY
REPORTED BY:                 JOCELYN STEVENS



of the creative aspects.

Q.   I'm going to ask just a few questions about that -- a film called London Town -- I guess to start, are you familiar with a film called London Town?

A.   Yes.

Q.   Did IFC distribute London Town?

A.   Yes.

Q.   Were you involved in the decision to acquire -- for IFC to acquire London Town?

A.   Yes, I was.

Q.   Do you know who else was involved in that decision?

A.   At the time it would have been Jonathan Searing and Lisa Schwartz, perhaps a few others.

Q.   Primarily you and those three or those two, excuse me?

A.   Yes.

Q.   And so how did IFC first become involved with London Town, for example, did you approach them, did they approach you?

A.   I don't remember.

Q.   And do you know if anyone at IFC viewed London Town before you could distribute the film?

A.   Yes.  We would have seen the movie before we agreed.

Q.   Did you actually view the movie before agreeing?

A.   I did myself, yes.



CERTIFICATE OF OATH

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

   I, JOCELYN STEVENS, Notary Public, State of Florida, do hereby certify that ARIANNA BOCCO videotaped deposition appeared before me on December 4, 2020 and was duly sworn.

   Signed this 16th day of December, 2020.


_____
Jocelyn Stevens
Notary Public, State of Florida
My Commission No.: GG230250
Expires:  July 08, 2022



CERTIFICATE OF REPORTER

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

I, JOCELYN STEVENS, Notary Public, State of Florida, certify that I was authorized to and did stenographically report the videotaped deposition of Teresita Pupo-Delgado that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 39, is a true and accurate record of my stenographic notes.

I further certify that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 16th day of December, 2020.

_____
Jocelyn Stevens
Notary Public, State of Florida
My Commission No.: GG230250
Expires:  July 08, 2022

